| United States Bankruptcy Court<br>**Eastern District of Wisconsin** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Mayville Die & Tool, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>39-1790299 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>700 N. Furnace Street<br>Mayville, WI ZIP Code 53050 | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Dodge | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
 *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Mayville Die & Tool, Inc. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br><span style="padding-left:2em">Signature of Attorney for Debtor(s)            (Date)</span> |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Mayville Die & Tool, Inc.

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Jane F. Zimmerman
_____
Signature of Attorney for Debtor(s)

 Jane F. Zimmerman 1012103
Printed Name of Attorney for Debtor(s)

 Murphy Desmond S.C.
Firm Name

 33 East Main Street, Suite 500
 P.O. Box 2038
 Madison, WI 53701-2038
Address

 (608) 257-7181
Telephone Number

 August 25, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Glen Helmbrecht
_____
Signature of Authorized Individual

 Glen Helmbrecht
Printed Name of Authorized Individual

 President
Title of Authorized Individual

 August 25, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   Mayville Die & Tool, Inc.                                   Case No.   _____

                                            Debtor(s)       Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Superior Die Set Corp.<br>900 W. Drexel Avenue<br>Oak Creek, WI 53154 | Superior Die Set Corp.<br>900 W. Drexel Avenue<br>Oak Creek, WI 53154 | Trade debt | | 130,700.00 |
| Wisconsin Industrial Machine Serv., Inc.<br>21500 Doral Rd.<br>Waukesha, WI 53186 | Wisconsin Industrial Machine Serv., Inc.<br>21500 Doral Rd.<br>Waukesha, WI 53186 | January 4, 2011<br>Money Judgment<br><br>Trade debt | | 118,557.32 |
| D&S Machine Service Inc.<br>412 Fourth Street<br>Luxemburg, WI 54217-1051 | D&S Machine Service Inc.<br>412 Fourth Street<br>Luxemburg, WI 54217-1051 | Trade debt | | 108,627.00 |
| Zona, Joseph<br>Zona International<br>52 South Oxford Road<br>Millbury, MA 01527-1007 | Zona, Joseph<br>Zona International<br>52 South Oxford Road<br>Millbury, MA 01527-1007 | Business Expense | | 97,228.00 |
| Hometown Bank<br>245 N. Peters Avenue<br>Fond Du Lac, WI 54935-2019 | Hometown Bank<br>245 N. Peters Avenue<br>Fond Du Lac, WI 54935-2019 | 700 N. Furnace St., Mayville, WI. Inventory, Accounts Receivable, Machinery, Equipment, Cash Accounts & Office Furnishings. | | 2,576,859.01<br><br>(2,482,046.00 secured) |
| Tool Service Corporation<br>2942 N. 117th Street<br>P.O. Box 26248<br>Milwaukee, WI 53226 | Tool Service Corporation<br>2942 N. 117th Street<br>P.O. Box 26248<br>Milwaukee, WI 53226 | Trade debt | | 31,564.43 |
| Glen Helmbrecht<br>440 Janseen Avenue<br>Mayville, WI 53050 | Glen Helmbrecht<br>440 Janseen Avenue<br>Mayville, WI 53050 | Wages and vacation | | 15,250.56 |
| I.A.M. National Pension Fund<br>P.O. Box 64341<br>Baltimore, MD 21264-4341 | I.A.M. National Pension Fund<br>P.O. Box 64341<br>Baltimore, MD 21264-4341 | | | 14,910.70 |
| Family Technical Services<br>P.O. Box 194<br>Marrowbone, KY 42759 | Family Technical Services<br>P.O. Box 194<br>Marrowbone, KY 42759 | Trade debt | | 9,064.23 |

In re   Mayville Die & Tool, Inc.                          Case No. _____

_____

                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Gary Metke<br>510 North Henninger Street<br>Mayville, WI 53050 | Gary Metke<br>510 North Henninger Street<br>Mayville, WI 53050 | Wages and vacation | | 8,998.52 |
| Gregory Krapfl<br>W3140 Krapfl Road<br>Lomira, WI 53048 | Gregory Krapfl<br>W3140 Krapfl Road<br>Lomira, WI 53048 | Wages and vacation | | 8,240.64 |
| John Schraufnagel<br>W3298 Sunset Drive<br>Campbellsport, WI 53010 | John Schraufnagel<br>W3298 Sunset Drive<br>Campbellsport, WI 53010 | Wages and vacation | | 7,800.44 |
| John Baumhardt<br>205 Clason Street<br>Horicon, WI 53032 | John Baumhardt<br>205 Clason Street<br>Horicon, WI 53032 | Wages and vacation | | 7,126.96 |
| Joseph Wiemer<br>N10444 Highway Y<br>Mayville, WI 53050 | Joseph Wiemer<br>N10444 Highway Y<br>Mayville, WI 53050 | Wages and vacation | | 6,450.98 |
| John Regner<br>234 South High Street<br>Mayville, WI 53050 | John Regner<br>234 South High Street<br>Mayville, WI 53050 | Wages and vacation | | 5,880.96 |
| Gregory Scott<br>912 Green Bay Drive<br>Mayville, WI 53050 | Gregory Scott<br>912 Green Bay Drive<br>Mayville, WI 53050 | Wages and vacation | | 4,923.40 |
| David Rubel<br>N8186 North Crystal Lake Road<br>Beaver Dam, WI 53916 | David Rubel<br>N8186 North Crystal Lake Road<br>Beaver Dam, WI 53916 | Wages and vacation | | 4,911.01 |
| Thomas Helmbrecht<br>N8272 Stoney Point Road<br>Beaver Dam, WI 53916 | Thomas Helmbrecht<br>N8272 Stoney Point Road<br>Beaver Dam, WI 53916 | Wages and vacation | | 4,775.60 |
| Chad Geiger<br>W1803 County Road TW<br>Mayville, WI 53050 | Chad Geiger<br>W1803 County Road TW<br>Mayville, WI 53050 | Wages and vacation | | 4,756.54 |
| Mike Rubel<br>404 Henninger Street<br>Mayville, WI 53050 | Mike Rubel<br>404 Henninger Street<br>Mayville, WI 53050 | Wages and vacation | | 4,748.64 |

In re  Mayville Die & Tool, Inc.                      Case No.  _____

                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 25, 2011               Signature   /s/ Glen Helmbrecht

                                          Glen Helmbrecht
                                        President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
                              18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re     Mayville Die & Tool, Inc.                              ,      Case No. _____

                                         Debtor

Chapter _____ 11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 900,000.00 | | |
| B - Personal Property | Yes | 9 | 1,703,622.13 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,576,859.01 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 7 | | 131,898.38 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 513,049.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 2,603,622.13 | | |
| Total Liabilities | | | | 3,221,806.61 | |

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    Mayville Die & Tool, Inc.                              ,      Case No. _____

                                   Debtor          Chapter _____ 11 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   Mayville Die & Tool, Inc.                    ,      Case No. _____

                                       Debtor

# SCHEDULE A - REAL PROPERTY

     Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 700 N. Furnace Street<br>Mayville, WI 53050-0113<br><br>Market Value based upon appraisal from October 9, 2009, reduced by $50,000 to reflect current market value. | Fee simple | - | 900,000.00 | 2,576,859.01 |

|  |  |  |
|---|---|---|
| Sub-Total > | 900,000.00 | (Total of this page) |
| Total > | 900,000.00 | |

                                                (Report also on Summary of Schedules)

  _0_   continuation sheets attached to the Schedule of Real Property

In re    Mayville Die & Tool, Inc.                               ,       Case No. _____

                                         **Debtor**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | Check for scrap. | - | 3,200.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Hometown Bank - Commercial Checking Account- Acct # --4080 | - | 0.00 |
| | | Business Cash Accounts, Hometown Bank, Fond du Lac, WI | - | Unknown |
| | | Hometown Bank Checking Account-- 7503 | - | 18,110.00 |
| | | Hometown Bank Account --7466 | - | 42,878.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 64,188.00 |
|---|---|---|
|  | (Total of this page) | |

   3    continuation sheets attached to the Schedule of Personal Property

In re   Mayville Die & Tool, Inc.                            ,     Case No. _____

                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | The Falk Corporation | - | 18,900.00 |
| | | A Finkl & Sons Company | - | 51,434.78 |
| | | Weber Metals, Inc. | - | 55,422.00 |
| | | Wyman-Gordon Company | - | 264,257.00 |
| | | D&H Industries, Inc. | - | 9,150.00 |
| | | Myers Manufacturing | - | 900.00 |
| | | Kopp Forge Company | - | 18,722.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >      418,785.78
(Total of this page)

Sheet  <u> 1 </u>  of  <u> 3 </u>  continuation sheets attached
to the Schedule of Personal Property

In re    Mayville Die & Tool, Inc.                      ,        Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Breach of Contract Claim against Wisconsin Indus. Machine Service, Inc., Case No. 09 CV 644 (Dodge County, Wisconsin). | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1983 International Truck | - | 19,337.75 |
| | | 1998 Dodge Truck | - | 16,209.60 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Attached List.  Value based January 25, 2011, appraisal at auction value, less 20% costs of liquidation. | - | 35,200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attached List.  Value based on auction value from January 25, 2011 appraisal less 20% costs of sale. | | 1,027,600.00 |

Sub-Total >     1,098,347.35<br>(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

In re     Mayville Die & Tool, Inc.                            ,      Case No. _____

                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | Raw Material and Work in Progress (value based on cost less 50% due to nature of work in progess). | - | 122,301.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | 122,301.00 |
| (Total of this page) | |
| Total > | 1,703,622.13 |

(Report also on Summary of Schedules)

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

**Group: TB 1515-OFFICE EQUIPMENT**

| | | | |
|---|---|---|---:|
| 78 | COMPUDYNE 486 DX2/66 COMPUTER | 12/06/94 | 2,545.10 |
| 81 | COMPUTER UPGRADE | 5/31/96 | 682.50 |
| 82 | TRIG PENTIUM 75MHZ COMPUTER | 4/04/96 | 2,080.15 |
| 94 | COMPUTER-STATION #3 | 8/25/97 | 13,416.74 |
| 101 | CAD CAM COMPUTER | 11/18/96 | 15,297.63 |
| 107 | CAD computer #5 | 12/31/97 | 13,742.63 |
| 108 | CAD computer #6 | 4/27/98 | 6,290.81 |
| 109 | CAD computer #7 | 5/04/98 | 2,598.75 |
| 110 | Network - shop & office | 1/31/98 | 18,513.70 |
| 111 | Catlink silver #1 | 8/07/98 | 13,632.83 |
| 112 | Catlink silver #2 | 9/04/98 | 14,637.42 |
| 113 | Catlink silver #3 | 9/08/98 | 12,496.26 |
| 114 | Cadlink silver #4 | 9/08/98 | 11,436.73 |
| 115 | Catlink silver #5 | 9/08/98 | 13,334.67 |
| 116 | Work NC Cam software #1 | 4/17/98 | 23,980.00 |
| 117 | Work NC Cam software #2 | 4/24/98 | 23,760.00 |
| 118 | JP Deskjet 330 plotter | 10/14/97 | 2,660.00 |
| 123 | CAD computer #4 | 12/08/97 | 15,219.35 |
| 131 | WORK NCCAM SOFTWARE #3 | 11/01/98 | 19,800.00 |
| 132 | CAD COMPUTER #8 | 10/26/98 | 1,911.00 |
| 133 | CAD COMPUTER #9 | 10/26/98 | 2,567.50 |
| 134 | FURNITURE | 10/26/98 | 2,947.79 |
| 148 | MTNCE/UPGRADE #O10 | 12/24/99 | 4,071.38 |
| 149 | GARY'S LAPTOP | 12/06/99 | 3,689.30 |
| 150 | GREG'S COMPUTER | 12/22/99 | 1,802.29 |
| 151 | XEROX BLUEPR #2510 COPIER | 3/31/00 | 4,140.24 |
| 152 | GARY'S OFFICE COMPUTER | 8/14/00 | 1,712.60 |
| 156 | COMPUTER-JILL'S OFFICE | 11/16/00 | 1,107.75 |
| 163 | COMPUTER-SALTY'S OFFICE | 4/02/01 | 1,128.68 |
| 174 | CATITA VERSION 5 | 6/21/02 | 43,713.80 |
| 184 | PARNTER II REVISION 3 - NEW PHONE | 1/20/03 | 8,715.71 |
| 196 | CHAD-CATIVA NEW COMPUTER | 11/01/03 | 2,589.30 |
| 197 | COMPAQ-GARY'S LAPTOP | 4/09/04 | 1,457.11 |
| 198 | CAD ROOM COMPUTER | 5/20/04 | 1,453.30 |
| 199 | CAD ROOM BACK-UP COMPUTER | 9/16/04 | 1,234.88 |
| 224 | PRINTER HP DESIGN PLOTTER T610 44 | 4/18/08 | 4,370.46 |
| 225 | COMPUTER O37 | 11/01/08 | 2,303.32 |
| 226 | OFFICE FURNITURE (DESK) - O38 | 3/01/09 | 9,435.70 |
| 227 | COMPUTER - O39 | 5/01/09 | 1,404.50 |
| 228 | SERVER - O40 | 2/01/09 | 6,059.00 |

Appraisal – Mayville Die & Tool, Inc.
Mayville Wisconsin
Effective Appraisal Date: January 25, 2011

| ITEM | QTY | DESCRIPTION | Auction Value | Orderly Liquidation Value |
|------|-----|-------------|---------------|----------------------------|
| 1. | 1 | 1998 Cosen SH-2028F Horizontal Metal Cutting Band Saw, SN F872033, Clamping Fixture, Conveyor System, etc. | $8,000.00 | $9,500.00 |
| 2. | 1 | Rockwell/Delta Vertical Metal Cutting Band Saw, 20" Throat, 24" x 24" Table, etc. | $1,250.00 | $1,500.00 |
| 3. | 1 | M81 Cincinnati Milacron 20x120 Hydrotel CNC Vertical Production Mill, SN 85-4150211, Travels: 120"-X, 32"-Y, 18"-Z, 25 hp, 2200 RPM Spindle, 26"UW, T-Slotted Table, 150 IPM Rapid Travel, CNC Controls, etc. | $10,000.00 | $12,500.00 |
| 4. | 1 | M23 Summit VTL, SN 141, 60" Diameter, 62 hp, 29" Under Cross Rail, 4-203 RPM, etc. | $6,000.00 | $7,000.00 |
| 5. | 1 | M5 Cincinnati Hydro-tel Hydraulic Vertical Production Mill, SN 1H8V5R-11, Travels: X-120", Y-40", Z-18", 25 hp, 750 RPM Spindle, 28" x 97" T-Slotted Table, 150 IPM Rapid Travel, Newall DP7 3-Axis DRO, etc. | $10,000.00 | $12,500.00 |
| 6. | 1 | WM. Sellers & Co. Planer Mill, (2) Rail Heads, (1) Side Rail Head, 44" x 195" T-Slotted Table, etc. | $2,500.00 | $3,500.00 |
| 7. | 1 | DoAll #26 Vertical Metal Cutting Band Saw, SN 26461624, 26" Throat, 30" x 30" Table, Blade Weld Attachment, etc. | $1,250.00 | $1,500.00 |
| 8. | 1 | M73 1995 Southwestern Trak DPM Vertical Milling Machine, SN 95-2107, 3 hp Variable Speed Head, 10" x 60" T-Slotted Table, Proto Trak MX3 Controls, etc. | $3,000.00 | $3,500.00 |
| 9. | 1 | Jet CBS-1340 Geared Head Engine Lathe, SN 321446, 13" Swing, 40" cc, etc. | $1,000.00 | $1,200.00 |
| 10. | 1 | MEC 2033ES Electric Scissor Lift, 20' Platform Reach, Extended Platform, Non-Mark Tires, etc. | $2,500.00 | $2,750.00 |
| 11. | 1 | M107 G&L 80 DP5 5" Horizontal Table Type Boring Bar, SN 150-1456, Travels: 117"-X, 96"-Y, Z-40", 60" x 120" T-Slotted Table, Heidenhain 3-Axis DRO, 25 hp, etc. | $15,000.00 | $17,500.00 |

2 - 1

Appraisal – Mayville Die & Tool, Inc.
Mayville Wisconsin
Effective Appraisal Date: January 25, 2011

| ITEM | QTY | DESCRIPTION | Auction Value | Orderly Liquidation Value |
|------|-----|-------------|---------------|---------------------------|
| 12. | 1 | 2008 Faro Fusion Portable CMM, SN U12-05-08-06986 | $10,000.00 | $12,500.00 |
| 13. | 1 | M83 Cincinnati Horizontal Hydro-tel Mill, SN 58-409-R-535-1, 45" x 160" T-Slotted Table, Travel: 120"-X, 96"-Y, 18"-Z, 25 hp, 900 RPM Spindle, Newall DP700 3-Axis DRO, etc. | $10,000.00 | $12,500.00 |
| 14. | 1 | M8 Cincinnati Milacron CNC 40x120 Hydrotel Vertical Production Mill, SN 31341V75-004, Travels: 40" x 158" T-Slotted Table, 120"-X, 40"-Y, 18"-Z, 2200 RPM Spindle, 34" UW, Heidenhain Controls, etc. | $15,000.00 | $20,000.00 |
| 15. | 1 | M76 Cincinnati 30/40 Hydrotel CNC Vertical Production Mill, SN 31341V42-0005, Travels: 120"-X, 40"-Y, 18"-Z, 25 hp, 3000 RPM Spindle, 26" UW, 40" x 158" T-Slotted Table, Pro-Face XY Com Controls, 150 IPM Rapid Travel, etc., (Major Repairs in 2009) | $20,000.00 | $25,000.00 |
| 16. | 1 | M91 Titan SC2500 CNC VTL, SN 2008703, (2) Rail Heads, 100" Diameter Table, Travels: 150 hp, 72" Under Cross Rail, 98" Table, 1.12-112 RPM, MDSI OPENCNC Controls, Incline Chip Conveyor, etc., (Major Retrofitted and Repairs in 2008-2010) | $250,000.00 | $275,000.00 |
| 17. | 1 | M98 Titan SC2700 CNC VTL, SN 389, 74" Under Cross Rail, 120" Table, 80 hp, (2) Heidenhain Controls, Incline Chip Conveyor, etc. | $60,000.00 | $65,000.00 |
| 18. | 1 | International Cabover Tri-Axle Flatbed Truck, Diesel Engine, Manual Transmission, etc. | $2,000.00 | $2,250.00 |
| 19. | 1 | M109 Cincinnati Hydrotel CNC Vertical Mill, SN 31331V5W-3, 40" x 132" T-Slotted Table, Travels: 96"-X, 40"-Y, 18"-Z, 25 hp, 2200 RPM Spindle, 32" UW, Heidenhain Controls, 150 IPM Rapid Travel, etc. | $20,000.00 | $25,000.00 |

2 - 2

Appraisal – Mayville Die & Tool, Inc.
Mayville Wisconsin
Effective Appraisal Date: January 25, 2011

| ITEM | QTY | DESCRIPTION | Auction Value | Orderly Liquidation Value |
|---|---|---|---|---|
| 20. | 1 | M11<br>Cincinnati Milacron CNC 40" Hydrotel Vertical Mill, SN 84-4120995-1, 40" x 156" T-Slotted Table, Travels: 120"-X, 40"-Y, 18"-Z, 25 hp, 2200 RPM Spindle, 36" UW, INCON CAT Controls, 150 IPM Rapid Travel, etc., (Retrofitted in 2004) | $15,000.00 | $20,000.00 |
| 21. | 1 | M86<br>Cincinnati Milacron 32X120 Hydrotel CNC Vertical Mill, SN 3134V78-0009, 40" x 158" T-Slotted Table, Travels: 120"-X, 40"-Y, 18"-Z, 25 hp, 3000 RPM Spindle, 26" UW, etc. | $15,000.00 | $20,000.00 |
| 22. | 1 | M97<br>Cincinnati Milacron Vertical Mill, SN 31341V78-0006, 40" x 156" T-Slotted Table, Travels: 120"-X, 40"-Y, 18"-Z, 25 hp, 2200 RPM Spindle, 36" UW, Heidenhain Controls, 150 IPM Rapid Travel, etc. | $25,000.00 | $30,000.00 |
| 23. | 1 | Yale GLC050RDJUAE083 LP Gas Forklift, SN Y458499, 5,000 Lb. Capacity, 190" Lift, 3-Stage Mast, Solid Tires, etc. | $2,000.00 | $2,250.00 |
| 24. | 1 | 1976 G&L Bickford Radial Arm Drill, SN 95600298-76, 22" Column, 7' Arm, L-Shaped Table with (1) T-Slotted Riser Block, etc. | $2,500.00 | $3,000.00 |
| 25. | 1 | M111<br>Wotan 6" Horizontal Floor Type Manual Boring Bar, SN 55.017, Travels: 34'-X, 120"-Y, 40"-Z, 95 hp, 900 RPM Spindle, etc., (Retrofitted in 2002) | $100,000.00 | $110,000.00 |
| 26. | 1 | M108<br>Toshiba BFD-200 CNC Horizontal Floor Type Boring Mill, SN 910119, Travels: 45'-X, 120"-Y, 39"-Z, 120 hp, 3000 RPM Spindle, Multiple Heads, 600 IPM Rapid Travel, etc., (Retrofitted 2002-2010) | $325,000.00 | $350,000.00 |
| 27. | 1 | M120<br>PARPAS ML130 CNC Horizontal Boring Mill, SN 20ML130/2, Travels: 197"-X, 98"-Y, 50'-Z, 50 hp, 4,000 RPM Spindle, 315 IPM Rapid Travel, etc. | $275,000.00 | $325,000.00 |

2 - 3

| ITEM | QTY | DESCRIPTION | Auction Value | Orderly Liquidation Value |
|------|-----|-------------|---------------|---------------------------|
| 28. | 1 | M12<br>1988 Cincinnati Milacron 40" Vertical Hydrotel Mill, SN 88-4170885-1, Travels: 120"-X, 40"-Y, 18"-Z, 25 hp, 2200 RPM Spindle, 36" UW, 90" x 158" T-Slotted Table, Heidenhain Controls, etc., (Upgrades and Rebuilds 1999-2006) | $25,000.00 | $30,000.00 |
| 29. | 1 | 2008 Electro-Magnet Crane Magnet | $15,000.00 | $17,000.00 |
| 30. | --- | Crane System to Include: (1) P&H Top Rail Mounted Double Beam Overhead Bridge Crane, SN CJ34366FC, 60-Ton, Radio Controlled, 18' Under hook, 50' Span, (1) P&H Top Rail Mounted Double Beam Overhead Bridge Crane, SN CE26825, 25-Ton, Pendant Controls, 50' Span, (1) Top Rail Mounted Double Beam Overhead Bridge Crane, 10-Ton, Pendant Controls, 50' Span, etc. | $35,000.00 | $40,000.00 |
| 31. | --- | Compressor System to Include: (1) Gardner Denver Rotary Screw Air Compressor, 50 hp, (1) Kaiser BS-61 Rotary Screw Air Compressor, 50 hp, Receiving Tank, Air Dryer, etc. | $2,500.00 | $3,000.00 |
| 32. | --- | Support Equipment to Include, But Not Limited to, Horizontal Surface Grinders, Drill Presses, H-Frame Hydraulic Straightening Press, Shop Fans, Workbenches, Machinist and Bench Vises, Hand & Power Tools, Battery Chargers, Pressure Washer, Torch Carts, Dymodrill, Die & Lift Tables, Stock Racks, Miter Saw, Table Saw, Welding Power Sources, Heavy Duty Rigging Chains and Straps, Banding Carts, Angle Plates, Machine Tooling and Holders, Tool & Cutter Grinders, Double End Grinders, Fume Extractors/Filters, Barrel Racks, Lifting Magnets, Office Furniture and Business Machines, etc. | $44,000.00 | $50,000.00 |
| | | **TOTAL APPRAISED VALUE:** | **$1,328,500.00** | **$1,510,450.00** |

2 - 4

In re     Mayville Die & Tool, Inc. _____ ,     Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Hometown Bank <br> 245 N. Peters Avenue <br> Fond Du Lac, WI 54935-2019 | - | | 700 N. Furnace St., Mayville, WI. Inventory, Accounts Receivable, Machinery, Equipment, Cash Accounts & Office Furnishings. <br><br> Value $          2,482,046.00 | | | | 2,576,859.01 | 94,813.01 |
| Account No. <br><br> Attorney Alexander Ullenberg <br> 101 Camelot Drive, Suite 2B <br> Fond Du Lac, WI 54935-8048 | | | Representing: <br> Hometown Bank <br><br> Value $ | | | | Notice Only | |
| Account No. <br><br><br> | | | <br><br> Value $ | | | | | |
| Account No. <br><br><br> | | | <br><br> Value $ | | | | | |

| | | |
|---|---|---|
| __0__  continuation sheets attached | Subtotal <br> (Total of this page) | 2,576,859.01 | 94,813.01 |
| | Total <br> (Report on Summary of Schedules) | 2,576,859.01 | 94,813.01 |

In re  Mayville Die & Tool, Inc.                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

6     continuation sheets attached

Case 11-33128-jes    Doc 1    Filed 08/25/11    Page 20 of 64

In re   Mayville Die & Tool, Inc. _____ ,   Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Wages and vacation | | | | | |
| Ann Rayome W3174 County Road Y Lomira, WI 53048 | - | | | | | | | | 1,352.16 |
| | | | | | | | | 1,788.79 | 436.63 |
| Account No. | | | | Wages and vacation | | | | | |
| Barry Behnke 425 Railroad Street Brownsville, WI 53006 | - | | | | | | | | 326.72 |
| | | | | | | | | 4,186.10 | 3,859.38 |
| Account No. | | | | Wages and vacation | | | | | |
| Chad Geiger W1803 County Road TW Mayville, WI 53050 | - | | | | | | | | 3,140.24 |
| | | | | | | | | 4,756.54 | 1,616.30 |
| Account No. | | | | Wages and vacation | | | | | |
| David Rubel N8186 North Crystal Lake Road Beaver Dam, WI 53916 | - | | | | | | | | 980.16 |
| | | | | | | | | 4,911.01 | 3,930.85 |
| Account No. | | | | Wages and vacation | | | | | |
| Francis Eilbes 37 North Clark Street Mayville, WI 53050 | - | | | | | | | | 3,267.20 |
| | | | | | | | | 3,757.28 | 490.08 |

Sheet  1   of  6   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 9,066.48 |
| (Total of this page) | 19,399.72 | 10,333.24 |

In re    Mayville Die & Tool, Inc.          ,     Case No. _____

                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages and vacation | | | | | |
| Gary Metke 510 North Henninger Street Mayville, WI 53050 | | - | | | | | | 8,323.52 |
| | | | | | | | 8,998.52 | 675.00 |
| Account No. | | | Wages and vacation | | | | | |
| Glen Helmbrecht 440 Janseen Avenue Mayville, WI 53050 | | - | | | | | | 11,032.32 |
| | | | | | | | 15,250.56 | 4,218.24 |
| Account No. | | | Wages and vacation | | | | | |
| Gregg Schampers W2853 State Road 57 Iron Ridge, WI 53035 | | - | | | | | | 0.00 |
| | | | | | | | 3,334.24 | 3,334.24 |
| Account No. | | | Wages and vacation | | | | | |
| Gregory Krapfl W3140 Krapfl Road Lomira, WI 53048 | | - | | | | | | 7,468.08 |
| | | | | | | | 8,240.64 | 772.56 |
| Account No. | | | Wages and vacation | | | | | |
| Gregory Scott 912 Green Bay Drive Mayville, WI 53050 | | - | | | | | | 412.00 |
| | | | | | | | 4,923.40 | 4,511.40 |

Sheet  2  of  6  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 27,235.92 |
|---|---|---|
| | (Total of this page) | 40,747.36     13,511.44 |

In re     Mayville Die & Tool, Inc.                                    ,     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| **Account No.** | | | | Wages and vacation | | | | | | |
| James Hechimovich N9795 Highway Y Mayville, WI 53050 | | - | | | | | | 3,553.08 | 1,470.24 | 2,082.84 |
| **Account No.** | | | | Wages and vacation | | | | | | |
| Jerry Clark, Jr. W3690 Bayview Road Mayville, WI 53050 | | - | | | | | | 3,757.28 | 3,267.20 | 490.08 |
| **Account No.** | | | | Wages and vacation | | | | | | |
| John Baumhardt 205 Clason Street Horicon, WI 53032 | | - | | | | | | 7,126.96 | 2,940.48 | 4,186.48 |
| **Account No.** | | | | Wages and vacation | | | | | | |
| John Regner 234 South High Street Mayville, WI 53050 | | - | | | | | | 5,880.96 | 5,064.16 | 816.80 |
| **Account No.** | | | | Wages and vacation | | | | | | |
| John Schraufnagel W3298 Sunset Drive Campbellsport, WI 53010 | | - | | | | | | 7,800.44 | 2,082.84 | 5,717.60 |

Sheet  3   of  6   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 14,824.92
(Total of this page) | 28,118.72 | 13,293.80

In re    Mayville Die & Tool, Inc.                                    ,        Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Wages and vacation | | | | | | |
| Joseph Wiemer N10444 Highway Y Mayville, WI 53050 | - | | | | | | | 6,450.98 | 5,940.48 | 510.50 |
| Account No. | | | | Wages and vacation | | | | | | |
| Larry Retzlaff N9126 Sunnyview Road Mayville, WI 53050 | - | | | | | | | 4,083.82 | 4,083.82 | 0.00 |
| Account No. | | | | Wages and vacation | | | | | | |
| Michael Wantz 413 Kekoskee Street Mayville, WI 53050 | - | | | | | | | 1,615.92 | 132.08 | 1,483.84 |
| Account No. | | | | Wages and vacation | | | | | | |
| Michael Wiemer N10218 Highway Y Mayville, WI 53050 | - | | | | | | | 3,412.16 | 1,475.20 | 1,936.96 |
| Account No. | | | | Wages and vacation | | | | | | |
| Mike Rubel 404 Henninger Street Mayville, WI 53050 | - | | | | | | | 4,748.64 | 4,247.36 | 501.28 |

Sheet  4   of  6   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 15,878.94 |
| (Total of this page) | 20,311.52 | 4,432.58 |

In re    Mayville Die & Tool, Inc.             ,      Case No. _____

                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Steven Bonack <br> W2631 Zion Church Road <br> Mayville, WI 53050 | - | | Wages and vacation | | | | 3,634.76 | 1,143.52 | 2,491.24 |
| Account No. <br><br> Thomas Helmbrecht <br> N8272 Stoney Point Road <br> Beaver Dam, WI 53916 | - | | Wages and vacation | | | | 4,775.60 | 3,973.20 | 802.40 |
| Account No. <br><br> | | | | | | | | | |
| Account No. <br><br> | | | | | | | | | |
| Account No. <br><br> | | | | | | | | | |

Sheet  5   of  6   continuation sheets attached to<br>Schedule of Creditors Holding Unsecured Priority Claims

Subtotal<br>(Total of this page)    8,410.36

5,116.72

3,293.64

In re    Mayville Die & Tool, Inc.                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Contributions to employee benefit plans
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxx/xxx 2010<br><br>I.A.M. National Pension Fund<br>P.O. Box 64341<br>Baltimore, MD 21264-4341 | - | | 12/31/10 | | | | 14,910.70 | 6,048.60<br><br>8,862.10 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet _6__ of _6__ continuation sheets attached to | Subtotal | 6,048.60 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page)    14,910.70 | 8,862.10 |
| | Total | 78,171.58 |
| | (Report on Summary of Schedules)    131,898.38 | 53,726.80 |

In re   Mayville Die & Tool, Inc.                                    ,         Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xx0542  AFLAC 1932 Wynnton Road Columbus, GA 31999-0797 | - | | | | 1/12/11 Insurance | | | | 162.60 |
| Account No. xxxxx4-010, xxxxx5-010, xx9592  Alliant Energy P.O. Box 3068 Cedar Rapids, IA 52406 | | | | | July 2011 Utility | | | | 7.94 |
| Account No.  Alliant Energy/WP&L 222 West Washington Avenue P.O. Box 192 Madison, WI 53701-0192 | | | | | Representing: Alliant Energy | | | | Notice Only |
| Account No. xx-x4284  Allied Electronics, Inc. Attn:  Accounts Receivable P.O. Box 2325 Fort Worth, TX 76113-2325 | - | | | | 12/28/10, 1/4/11, 1/6/11 Trade debt | | | | 167.49 |
| _6_ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 338.03 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Mayville Die & Tool, Inc. _____,   Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx0019 <br><br> AT&T <br> P.O. Box 8100 <br> Aurora, IL 60507-8100 | | - | July 2011 <br> Utility | | | | Unknown |
| Account No. <br><br> Carlsbad Magnetics, Inc. <br> 6086 Corte Del Cedro <br> Carlsbad, CA 92011 | | - | August 2011 <br> Trade debt | | | | 848.73 |
| Account No. xxxxx5303 <br><br> Cintas Corporation #446 <br> 2222 Vondron Road <br> Madison, WI 53718-6732 | | - | 1/11/11 <br> Trade debt | | | | 337.87 |
| Account No. x-xx50-00 <br><br> City of Mayville Utilities Dept. <br> 400 Kekoskee St. <br> Mayville, WI 53050 | | - | July 2011 <br> Utility | | | | Unknown |
| Account No. <br><br> Cole Oil Company <br> P.O. Box 70995 <br> Charlotte, NC 28272-0995 | | - | Trade debt | | | | 2,068.55 |

Sheet no. _1_ of _6_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   3,255.15

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re   Mayville Die & Tool, Inc.                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Trade debt | | | | |
| D&S Machine Service Inc. 412 Fourth Street Luxemburg, WI 54217-1051 | | | | | | | | | 108,627.00 |
| Account No. 1426, 1497, 1498 | | | - | | 4/6/09, 1/5/11, 1/24/11 Trade debt | | | | |
| Family Technical Services P.O. Box 194 Marrowbone, KY 42759 | | | | | | | | | 9,064.23 |
| Account No. | | | - | | Trade debt | | | | |
| GHBINROTH Co. 761 W. Michigan Avenue, Suite N Jackson, MI 49201 | | | | | | | | | 499.10 |
| Account No. | | | - | | Trade debt | | | | |
| GKI, Incorporated 6204 Factory Road Crystal Lake, IL 60014 | | | | | | | | | 1,963.76 |
| Account No. xxx3651 | | | - | | 1/20/11 Trade debt | | | | |
| Gordon Flesch Company, Inc. P.O. Box 992 Madison, WI 53701-0992 | | | | | | | | | 74.79 |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  120,228.88

In re    Mayville Die & Tool, Inc.                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2492, 2498, 2530 <br><br> Hechimovich Machining & Mfg., Inc. <br> 925 Airport Drive <br> Hartford, WI 53027 | - | | 12/23/10, 1/4/11, 1/20/11 <br> Trade debt | | | | 4,412.00 |
| Account No. <br><br> Industrias Duro SA DE CV <br> Km1 Carr Teoloyucan-Huehuetoca <br> Col Analco, Teoloyucuan, CP <br> EDO DE MEXICO 54770 <br> MEXICO | - | | Trade debt | | | | 189.66 |
| Account No. <br><br> Krebs Trucking, Inc. <br> 5720 Highway K <br> Hartford, WI 53027 | - | | Trade debt | | | | 1,150.00 |
| Account No. <br><br> Machine Tool Specialty Components <br> P.O. Box 247 <br> Big Bend, WI 53103 | - | | August 2008 <br> Trade debt | | | | 987.61 |
| Account No. <br><br> Registration Fee Trust <br> Wis. Dept. of Transportation <br> P.O. Box 3279 <br> Milwaukee, WI 53201-3279 | - | | 11/1/10 <br> Vehicle licenses | | | | 1,367.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        8,106.27

In re  Mayville Die & Tool, Inc.                                    ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Schenker, Inc. <br> PO Box 2307 <br> Carol Stream, IL 60132-2307 | - | | August 2011 <br> Trade debt | | | | 416.98 |
| Account No. <br><br> Staehle Precision Corp. <br> W4129 N. Point Road <br> Brownsville, WI 53006-1214 | - | | Trade debt | | | | 1,095.44 |
| Account No. <br><br> Superior Die Set Corp. <br> 900 W. Drexel Avenue <br> Oak Creek, WI 53154 | - | | Trade debt | | | | 130,700.00 |
| Account No. xxxxx14-04, etc. <br><br> Tool Service Corporation <br> 2942 N. 117th Street <br> P.O. Box 26248 <br> Milwaukee, WI 53226 | - | | 11/23/10-01/20/11 <br> Trade debt | | | | 31,564.43 |
| Account No. <br><br> Towerleaf LLC <br> 1680 Wright Blvd. <br> Schaumburg, IL 60193 | - | | Trade debt | | | | 865.72 |

Sheet no.  4  of  6   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

164,642.57

In re  Mayville Die & Tool, Inc.                                    ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx7-138<br><br>US Cellular<br>PO Box 0203<br>Palatine, IL 60055 | | - | | August 2011<br>Utilities | | | | Unknown |
| Account No.<br><br>Veolia<br>N7296 Highway V<br>Horicon, WI 53032 | | - | | August 2011<br>Waste removal | | | | Unknown |
| Account No. xx/xxx64/11, xx/xxx04/11<br><br>Weld Mold Company<br>750 Rickett Road<br>Milwaukee, WI 53224-9033 | | - | | 1/5/114, 1/7/11<br>Trade debt | | | | 506.50 |
| Account No. xxxx3437, xxxxx0257, xxxx3787,<br><br>Weld Specialty Supply Corp.<br>P.O. Box 241460<br>Milwaukee, WI 53224-9033 | | - | | 12/15/10, 12/31/10, 1/12/11, 1/18/11<br>Trade debt | | | | 186.50 |
| Account No.<br><br>Wisconsin Industrial Machine Serv., Inc.<br>21500 Doral Rd.<br>Waukesha, WI 53186 | | - | | January 4, 2011<br>January 4, 2011<br>Money Judgment<br><br>Trade debt | | | | 118,557.32 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

119,250.32

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

In re    Mayville Die & Tool, Inc.                                    ,        Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Attorney Robert J. Elliott<br>633 W. Wisconsin Ave.<br>Suite 1001<br>Milwaukee, WI 53203 | | | Representing:<br>Wisconsin Industrial Machine Serv., Inc. | | | | Notice Only |
| Account No. xx9 - 161<br><br>Zona, Joseph<br>Zona International<br>52 South Oxford Road<br>Millbury, MA 01527-1007 | - | | 8/23/10 - 1/12/11<br>Business Expense | | | | 97,228.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __6___ of __6___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 97,228.00 |
| | Total<br>(Report on Summary of Schedules) | 513,049.22 |

In re    Mayville Die & Tool, Inc.             ,    Case No. _____

                               **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| A. Finkl & Sons Company<br>2011 Southport Avenue<br>Chicago, IL 60614-4079 | Purchase Order No. 147116 dated July 19, 2011, No. 147515 dated Jly 27, 2011, No. 147593 dated July 28, 2011, No. 147665 dated July 29, 2011, No. 147724 dated August 1, 2011, No. 147796 dated August 2, 2011, No. 147789 dated August 2, 2011, No. 147849 dated August 3, 2011, No. 147930 dated August 4, 2011, No. 148098 dated August 9, 2011. |
| Alcoa Wheel & Forged Products<br>1600 Harvard Avenue<br>Cleveland, OH 44105 | Purchase Order Number 2184952ECM dated June 3, 2011 |
| Cintas Corporation #446<br>2222 Vondron Road<br>Madison, WI 53718-6732 | Facility Services Rental Service Agreement dated February 8, 2011. |
| Citibank NA<br>388 Greenwich Street<br>New York, NY 10013 | Supplier Agreement regarding Alcoa, Inc. |
| District Lodge 10<br>1650 S. 38th St.<br>Milwaukee, WI 53215-1726 | Debtor is a party to a union contract with District Lodge 10 of the International Association of Machinists and Aerospace Workers, Local Lodge DS 2053, effective until October 31, 2013. |
| Fidelity Management Trust Company<br>One Destiny Way WA3F<br>Westlake, TX 76262 | Retirement Plan Service Agreement dated 9/11/08 |
| FoxDen Landscaping & Nursery<br>PO Box 243<br>Mayville, WI 53050 | Agreement for law mowing for the 2011 season |
| GFC Leasing<br>PO Box 2290<br>Madison, WI 53701 | DFH00105/S9472  Image RUNNER 3225 Lease dated January 15, 2009 |
| Ladish Forging<br>PO Box 8902<br>Cudahy, WI 53110-8902 | Purchase Order No. P096735 dated July 15, 2011, No. P096737 dated July 15, 2011, No. P097223 dated August 2, 2011. |
| Pitney BowesGlobal Financial Serv. LLC<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | Lease for mailing equipment.  Lease Scheduel # 8601347-001 RT6 dated June 13, 2011. |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    Mayville Die & Tool, Inc.                                    ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Programming Plus, INc.<br>17685 West Lincoln Ave.<br>New Berlin, WI 53146-2120 | SURFCAM and TrueMILL Software Maintenance Agreement dated September 3, 2010 |
| RMI Worldwide, LLC<br>1862 N. 106th E. Ave.<br>Tulsa, OK 74116 | Purchase Order No. 884 dated May 23, 2011, No. 888 dated June 2, 2011. |
| Schlosser Forge Company<br>11711 Arrow Route<br>Rancho Cucamonga, CA 91730 | Purchase Order No. 176187 dated August 1, 2011. |
| Sescoi USA, Inc.<br>2000 Town Center, Suite 1730<br>Southfield, MI 48075 | WorkNC FL/1 Software Maintenance Agreement dated November 17, 2010 |
| TechniGraphicS<br>2000 Noble Dr.<br>Wooster, OH 44691 | V5 Hybrid Design and STEP Core Interface maintenance agreement dated August 31, 2010. |
| Tool Service Corporation<br>2942 N. 117th Street<br>P.O. Box 26248<br>Milwaukee, WI 53226 | Inventory Management Agreement dated July 5, 2006. |
| Weber Metals, Inc.<br>PO Box 318<br>Paramount, CA 90723 | Purchase Order 038223 dated May 9, 2011, No. 040486 dated August 10, 2011. |
| Wyman Gordon<br>244 Worchester St.<br>North Grafton, MA 01536 | Purchase Order No. 204258 dated June 14, 2011, No. 204774 dated July 15, 2011, |

Sheet   1   of   1   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    Mayville Die & Tool, Inc.                 ,    Case No. _____

                                 Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    Mayville Die & Tool, Inc.           Case No. _____

                      Debtor(s)        Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___30___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   August 25, 2011 _____        Signature    /s/ Glen Helmbrecht _____

                                                  Glen Helmbrecht

                                                  President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Wisconsin

In re    Mayville Die & Tool, Inc.                   Case No. _____

                        Debtor(s)         Chapter     11

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT                     SOURCE

---

#### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| $2,328,394.00 | October 2010 - June 2011 | Gross Revenue |
| $3,985,358.00 | October 2009 - September 2010 | Gross Revenue |
| $4,135,022.00 | October 2008 - Septemer 2009 | Gross Revenue |

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Exhibit 3.b. | | $0.00 | $0.00 |

None
☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Exhibit 3c | | $0.00 | $0.00 |

Payments to ESOP participants

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Mayville Die & Tool, Inc. v. Wisconsin Indus. Machine Service, Inc., Dodge County Case No. 09 CV 644. | Breach of contract and counterclaim for collection | Dodge County Case No. 09 CV 644 | Judgment for $118,557.32 entered against Debtor on January 4, 2011.  Matter is on appeal as Case No. 11 AP 110.  Briefs filed and awaiting decision. |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
■    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**10. Other transfers**

None
■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Wyman Gordon | Die Blocks. See Attached Exhibit 14. | Debtor's location |
| ALCOA | Spare Die Blocks- See Exhibit 14 | Debtor's location. |

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
| Schenck Business Solutions<br>373 N. Pioneer Road<br>Fond Du Lac, WI 54936 | |
| Vrakas/Blum<br>445 E. Moorland Road<br>Brookfield, WI 53005 | |

None
☐

    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|--------------------------|
| Schenck Business Solutions | 373 N. Pioneer Road<br>Fond Du Lac, WI 54936 | |

None
☐

    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Schenck Business Solutions | 373 N. Pioneer Road |
| | Fond Du Lac, WI 54936 |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Hometown Bank<br>245 N. Peters Avenue<br>Fond Du Lac, WI 54935-2019 | Monthly for the last two years |
| Chase Bank<br>300 N. Main Street<br>Oshkosh, WI 54901 | 2010 |
| Wells Fargo<br>188 S. State Street<br>Appleton, WI 54911 | 2010 |
| National Exchange Bank<br>130 S. Main Street<br>Fond Du Lac, WI 54936 | 2010 |
| Commerce State Bank<br>508 Shepherds Drive<br>West Bend, WI 53090 | 2010 |

---

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 10/1/10 | Glen Helmbrecht | $276,895 (at cost basis and including WIP) |
| 10/1/09 | Glen Helmbrecht | $356,311 (at cost basis and including WIP) |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 10/1/10 | Mayville Die & Tool, Inc.<br>700 Furnace Street<br>Mayville, WI 53050 |
| 10/1/09 | Mayville Die & Tool, Inc.<br>700 Furnace Street<br>Mayville, WI 53050 |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Mayville Die & Tool, Inc., ESOP<br>See Attached Exhibit 21 for ESOP participants. | | 100% ownership of common stock. |

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Marion Walter | 07/20/10  Right to distribution per ESOP. | $17,133.70 |
| Right to distribution of ESOP. | | |

---

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ☐  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| IAM National Pension Fund<br>PO Box 64341<br>Baltimore, MD 22164-4341 | 36-6562520 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _August 25, 2011_        Signature   _/s/ Glen Helmbrecht_
                                                         Glen Helmbrecht
                                                         President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# MAYVILLE DIE TOOL, INC.
## Check Register
### For the Period From May 10, 2011 to Aug 19, 2011

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Acct | Amount | |
|---|---|---|---|---|---|
| ACH | 5/12/11 | ADP TOTALSOURCE | 1011 | 19,728.32 | HEALTH |
| ACH | 6/10/11 | ADP TOTALSOURCE | 1011 | 20,030.16 | INSURANCE |
| ACH | 7/13/11 | ADP TOTALSOURCE | 1011 | 21,013.44 | |
| ACH | 8/11/11 | ADP TOTALSOURCE | 1011 | 21,013.44 | |
| | | | | 81,785.36 | |
| | | | | | |
| 19699 | 6/2/11 | ALLIANT ENERGY / WP&L | 1011 | 7,548.75 | UTILITIES |
| 19797 | 7/14/11 | ALLIANT ENERGY / WP&L | 1011 | 8,729.69 | |
| 19876 | 8/11/11 | ALLIANT ENERGY / WP&L | 1011 | 7,143.10 | |
| | | | | 23,421.54 | |
| | | | | | |
| 19653 | 5/12/11 | DEWITT, ROSS & STEVENS S.C. | 1011 | 5,602.00 | ESOP |
| 19819 | 7/21/11 | DEWITT, ROSS & STEVENS S.C. | 1011 | 3,278.00 | LAWYERS |
| 19873 | 8/8/11 | DEWITT, ROSS & STEVENS S.C. | 1011 | 5,118.00 | |
| | | | | 13,998.00 | |
| | | | | | |
| 19839 | 7/28/11 | DODGE COUNTY TREASURER | 1011 | 10,727.00 | TAXES |
| | | | | 10,727.00 | |
| | | | | | |
| 19654 | 5/12/11 | FAMILY TECHNICAL SERVICES | 1011 | 2,663.33 | MACHINE |
| 19702 | 6/2/11 | FAMILY TECHNICAL SERVICES | 1011 | 903.33 | REPAIRS |
| 19714 | 6/6/11 | FAMILY TECHNICAL SERVICES | 1011 | 5,000.00 | |
| 19721 | 6/9/11 | FAMILY TECHNICAL SERVICES | 1011 | 1,000.00 | |
| 19728 | 6/16/11 | FAMILY TECHNICAL SERVICES | 1011 | 2,505.00 | |
| 19742 | 6/22/11 | FAMILY TECHNICAL SERVICES | 1011 | 2,000.00 | |
| 19760 | 6/30/11 | FAMILY TECHNICAL SERVICES | 1011 | 1,933.33 | |
| 19775 | 7/7/11 | FAMILY TECHNICAL SERVICES | 1011 | 2,000.00 | |
| 19802 | 7/14/11 | FAMILY TECHNICAL SERVICES | 1011 | 1,875.00 | |
| 19820 | 7/21/11 | FAMILY TECHNICAL SERVICES | 1011 | 2,200.00 | |
| 19841 | 7/28/11 | FAMILY TECHNICAL SERVICES | 1011 | 1,631.52 | |
| 19857 | 8/4/11 | FAMILY TECHNICAL SERVICES | 1011 | 1,800.00 | |
| 19880 | 8/11/11 | FAMILY TECHNICAL SERVICES | 1011 | 3,710.00 | |
| | | | | 29,221.51 | |
| | | | | | |
| ACH | 5/12/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 787.86 | 401K |
| ACH | 5/19/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 542.09 | DEDUCTIONS |
| ACH | 5/26/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 698.70 | FROM |
| ACH | 6/2/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 815.07 | PAYROLL |
| ACH | 6/9/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 742.54 | CHECKS |
| ACH | 6/16/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 770.69 | |
| ACH | 6/23/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 814.04 | |
| 19743 | 6/23/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 875.00 | ADMIN FEE |
| ACH | 6/30/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 692.86 | |
| ACH | 7/7/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 678.47 | |
| ACH | 7/14/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 698.67 | |
| ACH | 7/21/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 719.98 | |
| ACH | 7/28/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 752.19 | |
| ACH | 8/4/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 768.41 | |
| ACH | 8/11/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 827.66 | |
| ACH | 8/19/11 | FIDELITY INVESTMENTS INST. OPERATIONS | 1011 | 768.54 | |
| | | | | 11,952.77 | |
| | | | | | |
| ACH | 5/16/11 | INDUSTRIAS DURO - ROBERTO VULLING | 1011 | 41,840.00 | MATERIAL |
| ACH | 5/18/11 | INDUSTRIAS DURO - ROBERTO VULLING | 1011 | 22,040.00 | FOR JOBS |
| | | | | 63,880.00 | |
| | | | | | |
| ACH | 6/1/11 | WIMS LAWSUIT | 1011 | 6,125.48 | LAWSUIT |
| ACH | 7/1/11 | WIMS LAWSUIT | 1011 | 6,125.48 | |

# MAYVILLE DIE TOOL, INC.
## Check Register
### For the Period From May 10, 2011 to Aug 19, 2011

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Acct | Amount | |
|---------|------|-------|-----------|--------|---|
| ACH | 8/1/11 | WIMS LAWSUIT | 1011 | 6,125.48 | |
| | | | | 18,376.44 | |
| | | | | | |
| 19674 | 5/19/11 | I.A.M. NATIONAL PENSION FUND | 1011 | 5,358.40 | PENSION |
| 19705 | 6/2/11 | I.A.M. NATIONAL PENSION FUND | 1011 | 1,030.78 | PAYMENTS |
| 19729 | 6/16/11 | I.A.M. NATIONAL PENSION FUND | 1011 | 4,984.40 | |
| 19762 | 6/30/11 | I.A.M. NATIONAL PENSION FUND | 1011 | 1,028.26 | |
| 19805 | 7/14/11 | I.A.M. NATIONAL PENSION FUND | 1011 | 6,487.20 | |
| 19843 | 7/28/11 | I.A.M. NATIONAL PENSION FUND | 1011 | 1,025.74 | |
| | | | | 19,914.78 | |
| | | | | | |
| ACH | 7/26/11 | MURPHY DESMOND SC | 1011 | 10,000.00 | LAWYERS |
| ACH | 7/29/11 | MURPHY DESMOND SC | 1011 | 2,786.60 | |
| ACH | 8/10/11 | MURPHY DESMOND SC | 1011 | 8,048.70 | |
| | | | | 20,835.30 | |
| | | | | | |
| 19836 | 7/26/11 | SUPERIOR DIE SET CORPORATION | 1011 | 38,000.00 | MATERIAL |
| | | | | 38,000.00 | FOR JOB |
| | | | | | |
| 19664 | 5/12/11 | TOOL SERVICE CORPORATION | 1011 | 976.07 | TOOLING |
| 19682 | 5/19/11 | TOOL SERVICE CORPORATION | 1011 | 3,809.22 | FOR JOBS |
| 19690 | 5/26/11 | TOOL SERVICE CORPORATION | 1011 | 3,206.59 | |
| 19710 | 6/2/11 | TOOL SERVICE CORPORATION | 1011 | 7,504.09 | |
| 19715 | 6/9/11 | TOOL SERVICE CORPORATION | 1011 | 5,409.14 | |
| 19734 | 6/16/11 | TOOL SERVICE CORPORATION | 1011 | 6,067.41 | |
| 19750 | 6/23/11 | TOOL SERVICE CORPORATION | 1011 | 4,112.35 | |
| 19765 | 6/30/11 | TOOL SERVICE CORPORATION | 1011 | 7,875.82 | |
| 19786 | 7/7/11 | TOOL SERVICE CORPORATION | 1011 | 10,602.64 | |
| 19809 | 7/14/11 | TOOL SERVICE CORPORATION | 1011 | 5,605.15 | |
| 19829 | 7/21/11 | TOOL SERVICE CORPORATION | 1011 | 1,891.53 | |
| 19848 | 7/28/11 | TOOL SERVICE CORPORATION | 1011 | 6,258.90 | |
| 19867 | 8/4/11 | TOOL SERVICE CORPORATION | 1011 | 5,659.66 | |
| 19892 | 8/11/11 | TOOL SERVICE CORPORATION | 1011 | 4,099.79 | |
| 19903 | 8/19/11 | TOOL SERVICE CORPORATION | 1011 | 4,489.03 | |
| | | | | 77,567.39 | |
| | | | | | |
| 19666 | 5/12/11 | UNIVERSAL TOOLING & MACHINING | 1011 | 950.00 | MATERIAL |
| 19679 | 5/19/11 | UNIVERSAL TOOLING & MACHINING | 1011 | 1,500.00 | FOR JOBS |
| 19692 | 5/26/11 | UNIVERSAL TOOLING & MACHINING | 1011 | 680.00 | |
| 19751 | 6/23/11 | UNIVERSAL TOOLING & MACHINING | 1011 | 1,500.00 | |
| 19830 | 7/21/11 | UNIVERSAL TOOLING & MACHINING | 1011 | 180.00 | |
| 19849 | 7/28/11 | UNIVERSAL TOOLING & MACHINING | 1011 | 1,060.00 | |
| | | | | 5,870.00 | |

# MAYVILLE DIE & TOOL INC
# PAYROLL - AUGUST 2010 TO PRESENT

| EMPLOYEE | PAYROLL |
|---|---|
| Baumhardt,John D | $49,410.80 |
| Behnke,Barry L | $52,785.88 |
| Bodden,Brian R | $13,689.87 |
| Bonack,Steven R | $48,255.03 |
| Clark,Jerry J | $51,177.83 |
| Eilbes,Francis E | $45,755.04 |
| Freund,Derek | $9,469.78 |
| Geiger,Chad | $53,726.10 |
| Hechimovich,James G | $50,704.56 |
| Helmbrecht,Thomas E | $36,408.40 |
| Krapfl,Gregory J | $72,682.24 |
| Mayer,David L | $16,375.11 |
| Mayer,Mark A | $18,641.72 |
| Metke,Gary L | $63,618.24 |
| Regner,John C | $45,990.78 |
| Retzlaff,Larry M | $13,336.69 |
| Rubel,David P | $52,351.36 |
| Rubel,Michael S | $50,352.57 |
| Schampers,Gregg H | $32,687.41 |
| Schraufnagel,John C | $48,053.38 |
| Scott,Gregory A | $59,583.35 |
| Walter,Marion E | $31,792.20 |
| Wiemer,Joseph J | $39,804.48 |
| Wiemer,Robert J | $9,575.08 |

Statement of Financial Affairs, 3.c.

| INV # | V | ID | OD | HEIGHT | WIDTH | LENGTH | H HOLES | DATE | WGHT | MISC |
|-------|---|----|----|--------|-------|--------|---------|------|------|------|
| M12 | | | | 18 | 56 | 42 | YES | 03-May-06 | 12,277 | CUT 68" OFF END TO BE USED FOR 20158 2/2/10 18" X 56" X 102" LEFT/ Cut 58" off for 15054 blk. /**18" x 56" x 42" left** |
| M16 | | | | 24 | 72 | 90 | YES | 16-Oct-06 | 45,101 | 19402 Backup block |
| M17 | | | | 22 | 61 | 272 | YES | 26-Jul-06 | 105,857 | WAS FOR AIRBUS A350 |
| M19 | | | | 24 | 61 | 272 | | 26-Jul-06 | 115,480 | WAS FOR AIRBUS A350 |
| M21 | | | | 15.25 | 49.5 | 96.25 | YES | 20-Oct-08 | 21,070 | WAS FOR 20164 FIN TOP |
| M22 | | | | 15.25 | 49.5 | 96.25 | YES | 15-Oct-08 | 21,070 | WAS FOR 20164 BLK TOP |
| M23 | | | | 15.25 | 49.5 | 96.25 | YES | 16-Oct-08 | 21,070 | WAS FOR 20164 BLK TOP |
| M26 | | | | 14.25 | 63.75 | 104.25 | YES | 29-Oct-08 | 27,464 | WAS FOR 20163 FIN TOP |
| M27 | | | | 14.25 | 63.75 | 104.25 | YES | 29-Oct-08 | 27,464 | WAS FOR 20163 FIN TOP |
| M33 | | | | 14.25 | 51.5 | 100.25 | YES | 20-Nov-08 | 21,336 | WAS FOR 20180 FIN TOP |
| M34 | | | | 14.25 | 43.5 | 88.25 | YES | 18-Nov-08 | 15,864 | WAS FOR 20162 FIN TOP |
| M35 | | | | 14.25 | 43.5 | 88.25 | YES | 18-Nov-08 | 15,864 | WAS FOR 20162 FIN TOP |
| M32 | | | | 14 | 12 | 110.5 | 0 | 17-Mar-10 | 5,384 | DROP OFF USED FOR 20260 CW |

| NO. | DIE | COMMENTS | 8/22/2011 | | | | |
|-----|-----|----------|-----------|---|---|---|---|
| PCS | BLOCK SIZE | | MDT | | | | |
| 1 | 18" X 30" X 60" | VIRGIN, CLAMP SLOTS | | | | | |
| 1 | 18" X 29 1/2" X 74" | VIRGIN, CLAMP SLOTS | | | | | |
| 3 | 18" X 24" X 76" | VIRGIN, CLAMP SLOTS | | | | | |
| 1 | 12 1/2" X 45" X 70" | FLOOD WELDED, CLAMP SLOTS, SHANK | | | | | |
| 1 | 12 1/2" X 45" X 70" | FLOOD WELDED, CLAMP SLOTS, SHANK, PINS HOLES | | | | | |
| 2 | 15" X 36" X 41 | CLAMP SLOTS, SHANKS | | | | | |
| 1 | 90 1/2" OD X 76 1/2" ID X 11 1/4" | VIRGIN | | | | | |
| 1 | 86" OD X 73" ID X 13 1/4" | VIRGIN | | | | | |
| 1 | 12 1/2" X 35" X 41" | VIRGIN, CLAMP SLOTS | | | | | |
| 2 | 14" X 28" X 90" | IMPRESSION,SHANK, CLAMP SLOTS | | | | | |
| 1 | 15 1/2" x 35" x 41 1/2" | SHANK, CLAMP SLOTS | | | | | |
| 1 | 15" X 24" X 41 1/2" | SAWED DIE CLAMP SLOTS ON EACH END | | | | | |
| 1 | 24" X 70" X 156" | LADISH IMP. W-G SHANK | | | | | |
| 1 | 28 1/2" X 70" X 156" | LADISH IMP. W-G SHANK | | | | | |
| 2 | 16" X 44" X 56" | VIRGIN | | | | | |
| 2 | 16" X 44" X 56" | VIRGIN | | | | | |
| 1 | 8 1/4" X 40 1/2" X 58 1/2" | VIRGIN | | | | | |
| 1 | 24" OD X 9 | VIRGIN | | | | | |
| 1 | 26" OD X 6" | VIRGIN | | | | | |
| 1 | 26" OD  X 24" | VIRGIN | | | | | |
| 1 | 74 1/2" OD X 9 1/2" | VIRGIN | | | | | |
| 1 | 91" OD X 18 3/4" | VIRGIN | | | | | |
| 2 | 79" OD X 6" | VIRGIN | | | | | |
| | | **WEBER DIE BLOCKS IN HOUSE** | | | | | |
| 1 | 12" X 70" X 72" | VIRGIN | | | | | |
| 1 | 14" X 33" X 37" | VIRGIN | | | | | |
| 1 | 14" X 36" X 41" | VIRGIN | | | | | |
| | | **CANTON DIE BLOCKS IN HOUSE** | | | | | |
| 2 | 19/15" X 35 1/2" X 75 3/4" | OLD IMPRESSION | | | | | |
| 2 | 19/19 X 34" X 44" | OLD IMPRESSION | | | | | |
| 2 | 15/22" X 30/38" X 44/46" | OLD IMPRESSION | | | | | |

# MAYVILLE DIE AND TOOL, INC.
## OPEN ORDERS - AUGUST 19, 2011

| JOB # | CUSTOMER | DIE SET |
|-------|----------|---------|
| 4814 | CANTON DROP FORGE | HOLDERS |
| 5803 | FINKL/LADISH | PZ061 BOTTOM |
| 5808 | FINKL/LADISH | PZ061 TOP |
| 5853 | ALCOA | 19377 FINISHER BOTTOM |
| 6032 | HI FLING | 220 KEEL & BULB |
| 6033 | WEBER METALS | FS-100-015 FLAT DIE |
| 6036 | RMI | 22" BEAM |
| 6038 | REY SAILING | 198 KEEL & BULB |
| 6043 | SCHLOSSER FORGE | PRESS DIE |
| 6058 | RMI | 26" BEAM |
| 6068 | WYMAN-GORDON | 11238 BOLSTER |
| 6069 | WYMAN-GORDON | 18342 FINISHER |
| 6070 | WYMAN-GORDON | 18342 PREFINISHER |
| 6079 | SCHLOSSER FORGE | DRIVE ROLL |
| 6086 | LADISH | UNA000080 |
| 6093 | WYMAN-GORDON | 11302 HEAT TREAT FIXTURE |
| 6095 | FINKL | 1554110 RACK |
| 6096 | ALCOA | 90529 BLOCKER |
| 6097 | ALCOA | 90530 BLOCKER |
| 6098 | FINKL | D200 500 17  4 PCS |
| 6099 | FINKL | D200 500 17  1 PC |
| 6100 | FINKL | D200 500 17  1 PC |
| 6101 | LADISH | UNA000447 HOLDERS |
| 6102 | FINKL | D200 500 17  4 PCS |
| 6104 | SCHLOSSER FORGE | 1345-40 DRIVE ROLL |
| 6105 | FINKL | D200 500 17  1 PC |
| 6107 | FINKL | D200 500 17  3 PCS |
| 6108 | FINKL | D200 500 17  3 PCS |
| 6109 | FINKL | D200 500 17  3 PCS |
| 6110 | WYMAN-GORDON | 18179 BLOCKER |
| 6113 | FINKL | UPSET DIE |
| 6115 | WEBER METALS | 12396 |
| 6116 | WYMAN-GORDON | 48256 FINISHER |
| 6117 | WYMAN-GORDON | 48247 FINISHER |
| 6118 | WYMAN-GORDON | 48248 FINISHER |
| 6119 | WYMAN-GORDON | 48249 FINISHER |

| | | |
|---|---|---|
| 6121 | WYMAN-GORDON | 18340 FINISHER & OD RING |
| 6124 | FINKL | D225-500 |
| 6125 | FINKL | D225-500 |
| 6126 | FINKL | D225-500 |
| 6127 | WYMAN-GORDON | 48246 FINISHER |
| 6128 | FALK | PERMANENT MOLD |
| 6129 | ALCOA | 40311/12 FINISHER |
| 6130 | ALCOA | 40311/12 BLOCKER |

**Mayville Die & Tool**
**REPURCHASE LIABILITY PROJECTION**

*Shareholders*

| Name | Age | Birthdate | Hire | Shares | Cost | Cash | Value | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Baumhardt, John | 49 | 2/5/1961 | 6/29/98 | 97.2480 | 0 | 25.42 | 25.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Beall, Jill | 51 | 11/9/1958 | 8/15/94 | 147.4692 | 0 | 71.83 | 71.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Behnke, Barry | 40 | 3/24/1970 | 6/22/95 | 203.7918 | 0 | 98.07 | 98.07 | 0.00 | 0.00 | 0.00 | 0.00 | 17.96 | 0.00 | 17.96 |
| Bodden, Brian | 51 | 9/5/1959 | 1/7/80 | 109.4180 | 0 | 55.31 | 55.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bonack, Steve | 57 | 2/8/1953 | 4/8/96 | 105.8001 | 0 | 56.05 | 56.05 | 0.00 | 0.00 | 0.00 | 0.00 | 13.83 | 0.00 | 13.83 |
| Clark, Jerry | 44 | 8/14/1966 | 8/7/95 | 183.8628 | 0 | 87.48 | 87.48 | 0.00 | 0.00 | 0.00 | 0.00 | 14.01 | 0.00 | 14.01 |
| Eilbes, Francis | 48 | 1/2/1962 | 1/11/88 | 139.7826 | 0 | 55.62 | 55.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Freund, Derek | 30 | 3/19/1980 | 1/5/09 | 2.1876 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Geiger, Chad | 39 | 11/15/1970 | 10/29/92 | 204.2306 | 0 | 102.01 | 102.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Guse, Jim | 58 | 12/16/1951 | 6/16/80 | 138.1022 | 0 | 95.50 | 95.50 | 0.00 | 0.00 | 0.00 | 23.88 | 0.00 | 0.00 | 23.88 |
| Hechimovich, Jim | 47 | 3/18/1963 | 3/6/95 | 187.2529 | 0 | 92.82 | 92.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Helmbrecht, Tom | 57 | 9/8/1953 | 10/28/74 | 107.7860 | 0 | 78.97 | 78.97 | 0.00 | 0.00 | 0.00 | 0.00 | 19.74 | 0.00 | 19.74 |
| Krapft, Greg | 47 | 6/26/1963 | 9/10/84 | 262.3212 | 0 | 130.07 | 130.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mayer, Dave | 59 | 2/20/1951 | 1/7/74 | 145.2117 | 0 | 99.74 | 99.74 | 0.00 | 99.74 | 0.00 | 0.00 | 0.00 | 0.00 | 99.74 |
| Mayer, Mark | 55 | 7/6/1955 | 1/23/78 | 212.4326 | 0 | 109.85 | 109.85 | 0.00 | 27.46 | 0.00 | 0.00 | 0.00 | 0.00 | 27.46 |
| Metke, Gary | 54 | 12/5/1955 | 1/21/74 | 279.3953 | 0 | 138.37 | 138.37 | 0.00 | 0.00 | 34.59 | 0.00 | 0.00 | 0.00 | 34.59 |
| Regner, John | 53 | 1/15/1957 | 11/3/86 | 206.3514 | 0 | 107.66 | 107.66 | 0.00 | 0.00 | 0.00 | 26.92 | 0.00 | 0.00 | 26.92 |
| Retzlaff, Larry | 57 | 5/1/1953 | 1/28/02 | 19.2234 | 0 | 5.38 | 5.38 | 0.00 | 0.00 | 0.00 | 1.35 | 0.00 | 0.00 | 1.35 |
| Rubel, Dave | 49 | 11/1/1960 | 8/24/98 | 87.3749 | 0 | 23.05 | 23.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rubel, Mike | 48 | 11/3/1991 | 1/31/05 | 75.2630 | 0 | 16.88 | 16.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Schampers, Greg | 50 | 11/7/1959 | 8/25/97 | 86.4347 | 0 | 30.75 | 30.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Schraufnagel, John | 57 | 1/11/1953 | 6/1/76 | 167.9562 | 0 | 115.46 | 115.46 | 0.00 | 0.00 | 0.00 | 0.00 | 28.87 | 0.00 | 28.87 |
| Scott, Greg | 43 | 12/27/1966 | 6/26/95 | 180.2791 | 0 | 86.85 | 86.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Walter, Marion | 64 | 4/29/1946 | 9/11/78 | 105.8169 | 0 | 108.38 | 108.38 | 17,133.70 | 108.38 | 0.00 | 0.00 | 0.00 | 0.00 | 17,242.08 |
| Wiemer, Joe | 34 | 12/1/1975 | 7/17/06 | 0.0953 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wiemer, Robert | 65 | 6/8/1945 | 8/30/00 | 50.3091 | 0 | 8.89 | 8.89 | 0.00 | 8.89 | 0.00 | 0.00 | 0.00 | 0.00 | 8.89 |
| | | | | 3,505.3956 | | 1,800.41 | 1,800.41 | 17,133.70 | 244.47 | 34.59 | 52.14 | 62.62 | 31.79 | 17,559.31 |
| No Longer Employed | | | Term | | | | | | | | | | | 17,559.31 |
| Pauly, Chris | 37 | 4/10/1973 | 6/5/95 | 223.8115 | 0 | 108.26 | 108.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hraban, Phil | 55 | 12/1/1954 | 8/19/85 | 208.1170 | 0 | 107.45 | 107.45 | 0.00 | 0.00 | 26.86 | 0.00 | 0.00 | 0.00 | 26.86 |
| Netzer, Tom | 54 | 12/16/1955 | 3/4/74 | 169.2011 | 0 | 89.69 | 89.69 | 0.00 | 0.00 | 22.42 | 0.00 | 0.00 | 0.00 | 22.42 |
| | | | | 4,106.5262 | 0.00 | 2,105.81 | 2,105.81 | 17,133.70 | 244.47 | 83.88 | 52.14 | 62.62 | 31.79 | 17,608.59 |
| | | | | | | 0.00 | | | | | | | | |
| | | | | | | 2,105.81 | | | | | | | | |

Share Value increase

| | |
|---|---|
| 5% | 0.00 |
| 10% | 0.00 |
| 15% | 0.00 |

Retire at age 65

**EXHIBIT 21**

STATEMENT OF FINANCIAL AFFAIRS, 21.

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    Mayville Die & Tool, Inc.            Case No.

                               Debtor(s)       Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | hourly[1] |
| Prior to the filing of this statement I have received | $ | 59,940.25[2] |
| Balance Due | $ | unknown[3] |

2.   $   1,039.00   of the filing fee has been paid.      [1] At rates disclosed in the Employment Application for Murphy Desmond S.C.

3.   The source of the compensation paid to me was:      [2] Plus $286.77 in costs.

     ☒ Debtor      ☐ Other (specify):      [3] Deposit held in Trust - $25,569.28 (in addition to amounts paid above.

4.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

5.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

        As set forth in the Employment Application of Murphy Desmond S.C..

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 

                                 Jane F. Zimmerman 1012103
                                 Murphy Desmond S.C.
                                 33 East Main Street, Suite 500
                                 P.O. Box 2038
                                 Madison, WI 53701-2038
                                 (608) 257-7181

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    Mayville Die & Tool, Inc.

Debtor

Case No. _____

Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mayville Die & Tool, Inc., Employee Stock Ownership Plan c/o Mayville Die & Tool, Inc. 700 North Furance Street Mayville, WI 53050 | Common Stock | 4106 | Common Stock |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    August 25, 2011

Signature  /s/ Glen Helmbrecht

Glen Helmbrecht
President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

_0_ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    Mayville Die & Tool, Inc.                              Case No. _____

                                     Debtor(s)      Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    August 25, 2011                     /s/ Glen Helmbrecht
                                              Glen Helmbrecht/President
                                              Signer/Title

A. Finkl & Sons Company
2011 Southport Avenue
Chicago, IL 60614-4079

AFLAC
1932 Wynnton Road
Columbus, GA 31999-0797

Alcoa Wheel & Forged Products
1600 Harvard Avenue
Cleveland, OH 44105

Alliant Energy
P.O. Box 3068
Cedar Rapids, IA 52406

Alliant Energy/WP&L
222 West Washington Avenue
P.O. Box 192
Madison, WI 53701-0192

Allied Electronics, Inc.
Attn: Accounts Receivable
P.O. Box 2325
Fort Worth, TX 76113-2325

Ann Rayome
W3174 County Road Y
Lomira, WI 53048

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Attorney Alexander Ullenberg
101 Camelot Drive, Suite 2B
Fond Du Lac, WI 54935-8048

Attorney Robert J. Elliott
633 W. Wisconsin Ave.
Suite 1001
Milwaukee, WI 53203

Barry Behnke
425 Railroad Street
Brownsville, WI 53006

Carlsbad Magnetics, Inc.
6086 Corte Del Cedro
Carlsbad, CA 92011

Chad Geiger
W1803 County Road TW
Mayville, WI 53050

Cintas Corporation #446
2222 Vondron Road
Madison, WI 53718-6732

Citibank NA
388 Greenwich Street
New York, NY 10013

City of Mayville Utilities Dept.
400 Kekoskee St.
Mayville, WI 53050

Cole Oil Company
P.O. Box 70995
Charlotte, NC 28272-0995

D&S Machine Service Inc.
412 Fourth Street
Luxemburg, WI 54217-1051

David Rubel
N8186 North Crystal Lake Road
Beaver Dam, WI 53916

District Lodge 10
1650 S. 38th St.
Milwaukee, WI 53215-1726

Family Technical Services
P.O. Box 194
Marrowbone, KY 42759

Fidelity Management Trust Company
One Destiny Way WA3F
Westlake, TX 76262

FoxDen Landscaping & Nursery
PO Box 243
Mayville, WI 53050

Francis Eilbes
37 North Clark Street
Mayville, WI 53050

Gary Metke
510 North Henninger Street
Mayville, WI 53050

GFC Leasing
PO Box 2290
Madison, WI 53701

GHBINROTH Co.
761 W. Michigan Avenue, Suite N
Jackson, MI 49201

```
GKI, Incorporated
6204 Factory Road
Crystal Lake, IL 60014

Glen Helmbrecht
440 Janseen Avenue
Mayville, WI 53050

Gordon Flesch Company, Inc.
P.O. Box 992
Madison, WI 53701-0992

Gregg Schampers
W2853 State Road 57
Iron Ridge, WI 53035

Gregory Krapfl
W3140 Krapfl Road
Lomira, WI 53048

Gregory Scott
912 Green Bay Drive
Mayville, WI 53050

Hechimovich Machining & Mfg., Inc.
925 Airport Drive
Hartford, WI 53027

Hometown Bank
245 N. Peters Avenue
Fond Du Lac, WI 54935-2019

I.A.M. National Pension Fund
P.O. Box 64341
Baltimore, MD 21264-4341

Industrias Duro SA DE CV
Km1 Carr Teoloyucan-Huehuetoca
Col Analco, Teoloyucan, CP
EDO DE MEXICO 54770
MEXICO

James Hechimovich
N9795 Highway Y
Mayville, WI 53050

Jerry Clark, Jr.
W3690 Bayview Road
Mayville, WI 53050

John Baumhardt
205 Clason Street
Horicon, WI 53032
```

John Regner
234 South High Street
Mayville, WI 53050

John Schraufnagel
W3298 Sunset Drive
Campbellsport, WI 53010

Joseph Wiemer
N10444 Highway Y
Mayville, WI 53050

Krebs Trucking, Inc.
5720 Highway K
Hartford, WI 53027

Ladish Forging
PO Box 8902
Cudahy, WI 53110-8902

Larry Retzlaff
N9126 Sunnyview Road
Mayville, WI 53050

Machine Tool Specialty Components
P.O. Box 247
Big Bend, WI 53103

Michael Wantz
413 Kekoskee Street
Mayville, WI 53050

Michael Wiemer
N10218 Highway Y
Mayville, WI 53050

Mike Rubel
404 Henninger Street
Mayville, WI 53050

Pitney BowesGlobal Financial Serv. LLC
P.O. Box 371887
Pittsburgh, PA 15250-7887

Programming Plus, INc.
17685 West Lincoln Ave.
New Berlin, WI 53146-2120

Registration Fee Trust
Wis. Dept. of Transportation
P.O. Box 3279
Milwaukee, WI 53201-3279

RMI Worldwide, LLC
1862 N. 106th E. Ave.
Tulsa, OK 74116

Schenker, Inc.
PO Box 2307
Carol Stream, IL 60132-2307

Schlosser Forge Company
11711 Arrow Route
Rancho Cucamonga, CA 91730

Sescoi USA, Inc.
2000 Town Center, Suite 1730
Southfield, MI 48075

Staehle Precision Corp.
W4129 N. Point Road
Brownsville, WI 53006-1214

Steven Bonack
W2631 Zion Church Road
Mayville, WI 53050

Superior Die Set Corp.
900 W. Drexel Avenue
Oak Creek, WI 53154

TechniGraphicS
2000 Noble Dr.
Wooster, OH 44691

Thomas Helmbrecht
N8272 Stoney Point Road
Beaver Dam, WI 53916

Tool Service Corporation
2942 N. 117th Street
P.O. Box 26248
Milwaukee, WI 53226

Towerleaf LLC
1680 Wright Blvd.
Schaumburg, IL 60193

US Cellular
PO Box 0203
Palatine, IL 60055

Veolia
N7296 Highway V
Horicon, WI 53032

Weber Metals, Inc.
PO Box 318
Paramount, CA 90723

Weld Mold Company
750 Rickett Road
Milwaukee, WI 53224-9033

Weld Specialty Supply Corp.
P.O. Box 241460
Milwaukee, WI 53224-9033

Wisconsin Industrial Machine Serv., Inc.
21500 Doral Rd.
Waukesha, WI 53186

Wyman Gordon
244 Worchester St.
North Grafton, MA 01536

Zona, Joseph
Zona International
52 South Oxford Road
Millbury, MA 01527-1007

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   Mayville Die & Tool, Inc.

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Mayville Die & Tool, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 25, 2011

Date

/s/ Jane F. Zimmerman

Jane F. Zimmerman 1012103
Signature of Attorney or Litigant
Counsel for   Mayville Die & Tool, Inc.
Murphy Desmond S.C.
33 East Main Street, Suite 500
P.O. Box 2038
Madison, WI 53701-2038
(608) 257-7181