IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: September 26, 2011



_____
Honorable James E. Shapiro
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**In the matter:**

**MAYVILLE DIE & TOOL, INC.,**  Case No. 11-33128-JES

Debtor.  Chapter 11

**ORDER DISMISSING DEBTOR'S MOTION FOR SALE OF PROPERTY WITHOUT PREJUDICE**

This case having been filed on August 25, 2011, the debtor having filed a motion for sale of property pursuant to 11 U.S.C. §363(b) and a proposed Asset Purchase Agreement, Atty DeMarb having informed the court at a hearing on such motion held on September 23, 2011 that the stalking horse purchaser has backed out of the Asset Purchase Agreement,

IT IS HEREBY ORDERED that:

The debtor's motion for orders (I) authorizing debtor to sell substantially all assets free and clear of liens, claims, interests and encumbrances pursuant to the APA; (II) approving bidding procedures and auction; (III) approving break-up fee; (IV) authorizing debtor to disburse sale proceeds; (V) approving notice; and (VI) scheduling further hearing, is hereby DISMISSED without prejudice to the right of the debtor to re-file.

#####