# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In Re:

**MAYVILLE DIE & TOOL, INC.,**  Case No. 11-33128-jes

Debtor.

## NOTICE OF SALE AND SALE PROCEDURES

TO: The United States Trustee, All Known Creditors, Members of the Official Committee of Unsecured Creditors, all Shareholders and Other Parties-in-Interest

**NOTICE:** The Debtor filed the Motion to Sell Assets (the "Sale Motion") on September 26, 2011, and the Court entered the Order on Motion to Sell Assets on September 30, 2011. On **November 10, 2011 at 9:00 a.m.** in Courtroom 133, United States Bankruptcy Court, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, the above-captioned Debtor will ask the Court to approve a sale of substantially all of the Debtor's assets (the "Assets") free and clear of all liens, claims, interests and encumbrances (collectively, the "Liens"), with all such Liens to attach to the sale proceeds (the "Sale Approval Hearing"). The Sale Approval Hearing may be continued from time to time without further notice, except by the announcement in open court of the time and place of such continued Sale Hearing.

The Assets will be sold pursuant to Sale Procedures substantially similar to those approved by the Court on September 30, 2011.

The proposed Sale Procedures set the following deadlines:

- November 4 @ 10:00 a.m.        Due Dates for Bids
- November 8 @ 10:00 a.m.        Auction
- November 10 @ 9:00 a.m.        Sale Approval Hearing
- On or before November 20, 2011    Closing

Jane F. (Ginger) Zimmerman
State Bar No. 1012103
jzimmerman@murphydesmond.com
Rebecca R. DeMarb
State Bar No 1026221
rdemarb@murphydesmond.com
Murphy Desmond S.C.
33 East Main Street, 5th Floor
P.O. Box 2038
Madison, WI 53701-2038
Phone: (608) 257-7181
Fax: (608) 257-4333

26010.118056-2rrd-190811cjm
notice of sale and bidding procedures

You are encouraged to review the Sale Motion, the Sale Procedures and other related papers, which are available on request from Debtor's counsel.

**Objections to the relief to be requested must be served on the parties below and must also be served and filed within three days before the Sale Approval Hearing.**

**Debtor:**
Rebecca R. DeMarb
Murphy Desmond S.C.
33 East Main Street, Suite 500
Madison, WI 53703
(608) 257-7181
Fax: (608) 257-4333

**United States Trustee:**
David Asbach, Assistant U.S. Trustee
Office of The United States Trustee
517 East Wisconsin Avenue Suite 430
Milwaukee, WI 53202
Phone: (414) 297-4499
Facsimile: (414) 297-4478

**Official Committee of Unsecured Creditors:**
Acting Chair
Russell Nowak
D&S Machine Service, Inc.
412 Luxemburg, WI 54217
(920) 845-5425 (ex 315)
Fax: (920) 845-5370

**Any objector must also appear at the hearing.**

**Copies of the Debtor's Sale Motion, including the Sale Procedures are available from Debtor's counsel on request.** Additional information may also be obtained on request from the Debtor's counsel.

Dated this 6th day of October, 2011.

MURPHY DESMOND S.C.
Attorneys for Debtor

By: _____
Jane F. (Ginger) Zimmerman
State Bar Number: 1012103
Rebecca R. DeMarb
State Bar Number: 1026221
33 East Main Street, Suite 500
P.O. Box 2038
Madison, WI 53701-2038
(608) 257-7181