# MONTHLY FINANCIAL REPORT
## OFFICE OF THE U.S. TRUSTEE
## EASTERN DISTRICT OF WISCONSIN

Case Name: Mayville Die & Tool, Inc.   Case No.: 11-33128

PERIOD OF: 08/25/11-09/30/11

FINANCIAL SUMMARY

## CASH RECEIPTS AND DISBURSEMENTS

| | | |
|---|---|---:|
| A. | CASH ON HAND - BEGINNING | 1925.13 |
| B. | RECEIPTS | 252,557.37 |
| C. | DISBURSEMENTS | 222,592.92 |
| D. | NET RECEIPTS(DISBURSEMENTS | 29,964.45 |
| E. | CASH ON HAND - ENDING | 31,889.58 |

## PROFIT AND LOSS STATEMENT
## ACCRUAL BASIS

| | | |
|---|---|---:|
| A. | NET SALES | 354,323.07 |
| B. | COST OF SALES | 287,225.61 |
| C. | GROSS PROFIT | 67,097.46 |
| D. | TOTAL OPERATING EXPENSES | 68,450.69 |
| E. | NET INCOME(LOSS) | -1,353.23 |
| F. | NON-OPERATING NON-RECURRING REVENUE & EXPENSE | 12,924.33 |
| G. | NET INCOME (LOSS) | -14,277.56 |

1

## III. SUMMARY OF CASH RECEIPTS & DISBURSEMENTS
(Attach bank statements & reconciliations)

| | | | |
|---|---|---|---|
| Depository Name & Location | | Associated Bank | |
| Beginning Cash Balance Per Books | | 8/25/2011 | 1925.13 |

Receipts
| | | |
|---|---|---|
| Collection of accounts receivable | | 240,253.48 |
| Scrap sales | | 11,361.41 |
| Other | | 942.48 |
| Total | | 252,557.37 |

Disbursements
| | | |
|---|---|---|
| Inventory | | 0.00 |
| Officer salaries | | see below |
| Other salaries | | 123,143.38 |
| Employee benefits | | 6,942.43 |
| Legal & Professional | | 348.00 |
| Lease | | 197.96 |
| Insurance | | 22,663.05 |
| Payroll taxes | | see above |
| Mileage | | 671.05 |
| Utilities | | 30,582.64 |
| Supplies | | 37,714.41 |
| Repairs | | 330.00 |
| Total | | 222,592.92 |

| | | |
|---|---|---|
| Net Receipts (Disbursements) | | 29,964.45 |
| Ending Cash Balance Per Books | 9/30/2011 | 31,889.58 |

3



ASSOCIATED BANK N.A.
200 N ADAMS ST
PO BOX 19097
GREEN BAY WI 54307-9097
1-800-728-3501

Page 1 of 1

**FINANCIAL STATEMENT OF ACCOUNTS**
Primary Account: 2213182443
*Statement Activity Period*
*08/30/2011 - 08/31/2011*

Bank: 001
Mail Code: 0

MAYVILLE DIE & TOOL INC
DEBTOR IN POSESSION
700 FURNACE ST
MAYVILLE WI 53050-1247

Go green and suppress your paper business statements! Save the hassle of storing or shredding paper and elect to stop receiving paper business statements each month. When you manage your accounts and view your statements online, you reduce the potential for fraud. If you would like more details about cancelling your paper business statements, call our 24/7 Customer Care Center at 800-728-3501 or your Associated Bank Relationship Manager.

| FINANCIAL SUMMARY | ACCOUNT# | BALANCE |
|---|---|---|
| **DEPOSIT ACCOUNTS** | | |
| Business Choice Checking | 2213182443 | $72,832.29 |

| DEPOSIT ACCOUNTS | | |
|---|---|---|
| **Business Choice Checking** | **#2213182443** | |
| Beginning Balance | | 0.00 |
| Plus: Deposits and Other Additions | | 82,743.32 |
| Minus: Withdrawals and Other Deductions | | 9,911.03 |
| **ENDING BALANCE ON 08/31/2011** | | **$72,832.29** |

**Deposits and Other Additions**

| 08/30/2011 | CUSTOMER DEPOSIT | 82,743.32 |
|---|---|---|
| | TOTAL | $82,743.32 |
| | TOTAL # OF ITEMS | 1 |

**Withdrawals and Other Deductions**

| 08/31/2011 | TOOL SERVICE CORPORATION110831 | 9,883.03 |
|---|---|---|
| 08/31/2011 | Occ Wire Fee | 28.00 |
| | TOTAL | $9,911.03 |
| | TOTAL # OF ITEMS | 2 |

**Balance Summary**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/30/2011 | 82,743.32 | 08/31/2011 | 72,832.29 |

**Statement Period Ledger Average Balance**  $51,858.53

Equal Housing Lender. Member FDIC and Associated Banc-Corp.  Associated Bank

# MAYVILLE DIE & TOOL, INC.
## Account Reconciliation
As of Aug 31, 2011
1028 - Associated Bank - Checking
Bank Statement Date: August 31, 2011

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | |
| Add: Cash Receipts | 196,808.54 |
| Less: Cash Disbursements | (97,928.25) |
| Add (Less) Other | (24,876.77) |
| Ending GL Balance | 74,003.52 |
| Ending Bank Balance | 72,832.29 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 1,171.23 |
| Ending GL Balance | 74,003.52 |



**ASSOCIATED BANK N.A.**
200 N ADAMS ST
PO BOX 19097
GREEN BAY WI 54307-9097
1-800-728-3501

Page 1 of 2

## FINANCIAL STATEMENT OF ACCOUNTS
Primary Account: 2213182443

*Statement Activity Period*
*09/01/2011 - 09/30/2011*

Bank: 001
Mail Code: 0

MAYVILLE DIE & TOOL INC
DEBTOR IN POSESSION
700 FURNACE ST
MAYVILLE WI 53050-1247

Spend less time paying bills and more time running your business. Our Business Online Bill Pay can save you time and money, while enabling you to organize and control your bill payment process. To learn more and enroll online, visit us at associatedbank.com or call your Relationship Manager today.

| FINANCIAL SUMMARY | ACCOUNT# | BALANCE |
|---|---|---|
| **DEPOSIT ACCOUNTS** | | |
| Business Choice Checking | 2213182443 | $33,789.25 |

### DEPOSIT ACCOUNTS

**Business Choice Checking**  #2213182443

| | |
|---|---|
| Beginning Balance | 72,832.29 |
| Plus: Deposits and Other Additions | 171,263.08 |
| Minus: Withdrawals and Other Deductions | 178,623.74 |
| Minus: Checks Paid | 31,682.38 |
| **ENDING BALANCE ON 09/30/2011** | **$33,789.25** |

**Deposits and Other Additions**

| Date | Description | Amount |
|---|---|---|
| 09/01/2011 | ADPTOTALSOURCE  ADPTOTAL  430-146862 OA00005-MAYVILLE DIE & | 1,171.23 |
| 09/02/2011 | MAYVILLE DIE & TOOL INC5003 | 35,241.77 |
| 09/02/2011 | CUSTOMER DEPOSIT | 12,909.64 |
| 09/07/2011 | CUSTOMER DEPOSIT | 21,940.00 |
| 09/13/2011 | CUSTOMER DEPOSIT | 20,774.67 |
| 09/15/2011 | INDUSTRIAS DURO SA DE CVS06125 | 1,844.98 |
| 09/21/2011 | 69650WEBER METAL SUPPL INV  MAYVILLE MAYVILLE DIE  TOOL IN | 32,688.00 |
| 09/28/2011 | 1/SPECIALISED TRANSPORTATION L | 42,371.00 |
| 09/29/2011 | OU ALCOA WHEEL & PAYMENTS  58934 MAYVILLE DIE & T | 0.01 |
| 09/30/2011 | CUSTOMER DEPOSIT | 2,321.78 |
| | **TOTAL** | **$171,263.08** |
| | **TOTAL # OF ITEMS** | **10** |

**Withdrawals and Other Deductions**

| Date | Description | Amount |
|---|---|---|
| 09/02/2011 | Wire In Fee | 15.00 |
| 09/02/2011 | ADP PAYROLL FEES ADP - FEES  53GYQ  0789635 Mayville Die & Tool In | 22,951.46 |
| 09/06/2011 | WELD SPECIALTY SUPPLY CORP.110 | 370.40 |
| 09/06/2011 | Occ Wire Fee | 28.00 |
| 09/06/2011 | TOOL SERVICE CORP110906162101T | 10,000.00 |
| 09/06/2011 | Occ Wire Fee | 28.00 |
| 09/06/2011 | Wire Email Fee | 3.00 |
| 09/07/2011 | CHECKING/MMA WD | 117.79 |
| 09/08/2011 | WEB FR DDA TO DDA 002217252747  CONFIRMATION# 092825096803 | 19,000.00 |
| 09/09/2011 | ADP PAYROLL FEES ADP - FEES  53GYQ  1056424 Mayville Die & Tool In | 24,228.64 |
| 09/14/2011 | FIDELITY       FPRS  21559 001 Mayville Die & Tool | 789.68 |
| 09/14/2011 | FIDELITY       FPRS  21559 003 Mayville Die & Tool | 807.31 |

Equal Housing Lender. Member FDIC and Associated Banc-Corp.



MAYVILLE DIE & TOOL INC     Acct #2213182443     Page 2 of 2

### Withdrawals and Other Deductions (continued)

| Date | Description | Amount |
|---|---|---|
| 09/14/2011 | FIDELITY       FPRS  21559 002 Mayville Die & Tool | 852.16 |
| 09/14/2011 | ADP PAYROLL FEES ADP - FEES  53GYQ   1298324 Mayville Die & Tool In | 21,013.44 |
| 09/15/2011 | Int Wire In USD Fee | 15.00 |
| 09/15/2011 | Wire Email Fee | 3.00 |
| 09/16/2011 | FIDELITY       FPRS  21559 004 Mayville Die & Tool | 782.85 |
| 09/16/2011 | ADP PAYROLL FEES ADP - FEES  53GYQ   1310766 Mayville Die & Tool In | 26,060.39 |
| 09/22/2011 | FIDELITY       FPRS  21559 001 Mayville Die & Tool | 810.11 |
| 09/22/2011 | ADP PAYROLL FEES ADP - FEES  53GYQ   1599754 Mayville Die & Tool In | 26,981.00 |
| 09/28/2011 | Int Wire In USD Fee | 15.00 |
| 09/28/2011 | Wire Email Fee | 3.00 |
| 09/29/2011 | FIDELITY       FPRS  21559 001 Mayville Die & Tool | 826.62 |
| 09/29/2011 | ADP PAYROLL FEES ADP - FEES  53GYQ   1861040 Mayville Die & Tool In | 22,921.89 |
| | **TOTAL** | **$178,623.74** |
| | **TOTAL # OF ITEMS** | **24** |

### Checks Paid

| DATE | CHECK# | AMOUNT | DATE | CHECK# | AMOUNT |
|---|---|---|---|---|---|
| 09/08/2011 | 20001 | 47.74 | 09/20/2011 | 20021 | 197.96 |
| 09/13/2011 | 20002 | 24.98 | 09/19/2011 | 20022 | 238.29 |
| 09/12/2011 | 20003 | 112.50 | 09/19/2011 | 20023 | 86.37 |
| 09/22/2011 | 20004 | 728.00 | 09/21/2011 | 20024 | 202.88 |
| 09/13/2011 | 20005 | 1,356.51 | 09/21/2011 | 20025 | 84.49 |
| 09/15/2011 | 20006 | 5,000.00 | 09/20/2011 | 20026 | 452.02 |
| 09/15/2011 | 20007 | 80.00 | 09/23/2011 | 20028 * | 80.29 |
| 09/14/2011 | 20008 | 80.00 | 09/20/2011 | 20029 | 130.79 |
| 09/16/2011 | 20009 | 101.50 | 09/21/2011 | 20030 | 176.73 |
| 09/15/2011 | 20010 | 75.00 | 09/20/2011 | 20031 | 10,395.35 |
| 09/21/2011 | 20011 | 242.16 | 09/21/2011 | 20032 | 316.96 |
| 09/14/2011 | 20012 | 69.94 | 09/22/2011 | 20033 | 67.50 |
| 09/16/2011 | 20013 | 53.56 | 09/20/2011 | 20034 | 30.00 |
| 09/20/2011 | 20014 | 993.24 | 09/26/2011 | 20035 | 65.00 |
| 09/20/2011 | 20015 | 5,000.00 | 09/23/2011 | 20036 | 1,298.58 |
| 09/22/2011 | 20016 | 162.60 | 09/27/2011 | 20037 | 186.50 |
| 09/20/2011 | 20017 | 27.22 | 09/21/2011 | 20038 | 60.00 |
| 09/20/2011 | 20018 | 28.03 | 09/26/2011 | 20039 | 92.09 |
| 09/20/2011 | 20019 | 346.43 | 09/27/2011 | 20040 | 18.17 |
| 09/21/2011 | 20020 | 2,898.00 | 09/29/2011 | 20041 | 75.00 |

\* Indicates a check number missing from sequence

**TOTAL**     **$31,682.38**
**TOTAL # OF ITEMS**     **40**

### Balance Summary

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09/01/2011 | 74,003.52 | 09/13/2011 | 86,585.58 | 09/22/2011 | 14,678.60 |
| 09/02/2011 | 99,188.47 | 09/14/2011 | 62,973.05 | 09/23/2011 | 13,299.73 |
| 09/06/2011 | 88,759.07 | 09/15/2011 | 59,645.03 | 09/26/2011 | 13,142.64 |
| 09/07/2011 | 110,581.28 | 09/16/2011 | 32,646.73 | 09/27/2011 | 12,937.97 |
| 09/08/2011 | 91,533.54 | 09/19/2011 | 32,322.07 | 09/28/2011 | 55,290.97 |
| 09/09/2011 | 67,304.90 | 09/20/2011 | 14,721.03 | 09/29/2011 | 31,467.47 |
| 09/12/2011 | 67,192.40 | 09/21/2011 | 43,427.81 | 09/30/2011 | 33,789.25 |

**Statement Period Ledger Average Balance**     $54,318.64

# MAYVILLE DIE & TOOL, INC.
## Account Reconciliation
As of Sep 30, 2011
1028 - Associated Bank - Checking
Bank Statement Date: September 30, 2011

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 74,003.52 |
| Add: Cash Receipts | | | | 151,091.85 |
| Less: Cash Disbursements | | | | (69,945.41) |
| Add (Less) Other | | | | (123,260.38) |
| Ending GL Balance | | | | 31,889.58 |
| Ending Bank Balance | | | | 33,789.25 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | | | | |
| | Sep 16, 2011 | 020027 | (24.47) | |
| | Sep 29, 2011 | 020042 | (146.54) | |
| | Sep 29, 2011 | 020043 | (27.32) | |
| | Sep 29, 2011 | 020044 | (346.43) | |
| | Sep 29, 2011 | 020045 | (1,000.00) | |
| | Sep 29, 2011 | 020046 | (78.08) | |
| | Sep 29, 2011 | 020047 | (4.91) | |
| | Sep 29, 2011 | 020048 | (85.42) | |
| | Sep 29, 2011 | 020049 | (186.50) | |
| Total outstanding checks | | | | (1,899.67) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 31,889.58 |



ASSOCIATED BANK N.A.
200 N ADAMS ST
PO BOX 19097
GREEN BAY WI 54307-9097
1-800-728-3501

Page 1 of 1

**FINANCIAL STATEMENT OF ACCOUNTS**
Primary Account: 2217252747

*Statement Activity Period*
*09/07/2011 - 09/30/2011*

Bank: 001
Mail Code: 0

MAYVILLE DIE & TOOL INC
DEBTOR IN POSESSION
MM ACCT
700 FURNACE ST
MAYVILLE WI 53050-1247

Spend less time paying bills and more time running your business. Our Business Online Bill Pay can save you time and money, while enabling you to organize and control your bill payment process. To learn more and enroll online, visit us at associatedbank.com or call your Relationship Manager today.

| FINANCIAL SUMMARY | ACCOUNT# | BALANCE |
|---|---|---|
| **DEPOSIT ACCOUNTS** | | |
| Business MM Advantage | 2217252747 | $19,003.59 |

### DEPOSIT ACCOUNTS

**Business MM Advantage** #2217252747

| | |
|---|---:|
| Beginning Balance | 0.00 |
| Plus: Deposits and Other Additions | 19,003.59 |
| **ENDING BALANCE ON 09/30/2011** | **$19,003.59** |

**Deposits and Other Additions**

| Date | Description | Amount |
|---|---|---:|
| 09/08/2011 | WEB TO DDA FR DDA 002213182443 CONFIRMATION# 092825096803 | 19,000.00 |
| 09/30/2011 | INTEREST CREDIT | 3.59 |
| | TOTAL | $19,003.59 |
| | TOTAL # OF ITEMS | 2 |

**Balance Summary**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/08/2011 | 19,000.00 | 09/30/2011 | 19,003.59 |

**Statement Period Ledger Average Balance**     $17,480.00

**Interest Information**

| | |
|---|---:|
| Annual Percentage Yield Earned | 0.30% |
| Interest Earned This Period | $3.59 |
| Average Daily Collected Balance | $17,480.00 |
| Interest Paid this Year | $3.59 |

Equal Housing Lender. Member FDIC and Associated Banc-Corp

# MAYVILLE DIE & TOOL, INC.
## Account Reconciliation
As of Sep 30, 2011
1034 - Assoicated Bank - Utility Acct
Bank Statement Date: September 30, 2011

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | |
| Add: Cash Receipts | 19,000.00 |
| Less: Cash Disbursements | |
| Add (Less) Other | 3.59 |
| Ending GL Balance | 19,003.59 |
| Ending Bank Balance | 19,003.59 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 19,003.59 |

Case 11-33128-jes    Doc 122    Filed 10/12/11    Page 9 of 16

# Hometown Bank
80 Sheboygan Street • Fond du Lac, WI 54935 • 920-922-1790



650 07 01

```
HOMETOWN BANK FBO              30-0
MAYVILLE DIE & TOOL INC          0
CASH COLLATERAL ACCT             0
P O BOX 113                    <C>  SMALL BUSINESS CKNG
MAYVILLE WI  53050-0113        <T>  ACCOUNT:           6107503

                                    09/01/11 THRU 09/30/11
                                    DOCUMENT COUNT:         0
                                                    PAGE    1
```

\*\*\* F I N A L   S T A T E M E N T \*\*\*
GO GREEN WITH eSTATEMENTS!
Our FREE eStatements are a great way to help the environment and keep your information secure. There's no fee to enroll and you will decrease the chances of being a victim of identity theft. Sign up today!

===============================================================================
SMALL BUSINESS CKNG ACCOUNT 6107503
===============================================================================

```
                        LAST STATEMENT 08/31/11      18,110.87
                                     1 CREDITS       17,145.90
                                     2 DEBITS        35,256.77
                        THIS STATEMENT 09/30/11            .00
```

- - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| TRANSFER FROM COMM CKNG-ANALYSIS ACCOUNT 504080 | 09/01 | 17,145.90 |

- - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Wire Fee | 09/02 | 15.00 |
| Outgoing Wire Transfer | 09/02 | 35,241.77 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
*********************************************************************
*                        | TOTAL FOR      | TOTAL          *
*                        | THIS PERIOD    | YEAR TO DATE   *
*-------------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:  |      .00       |      .00       *
*-------------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES: |   .00       |      .00       *
*********************************************************************
```

- - - - - - - - DAILY BALANCE - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09/01 | 35,256.77 | 09/02 | .00 | | |

- END OF STATEMENT -

MEMBER FDIC      Case 11-33128-jes    Doc 122    Filed 10/12/11    Page 10 of 16
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# Hometown Bank
80 Sheboygan Street • Fond du Lac, WI 54935 • 920-922-1790

650 07 01

RECEIVED OCT - 5 2011

```
                                    30-0
                                      0
MAYVILLE DIE & TOOL INC               0
P O BOX 113                         <C>   COMM CKNG-ANALYSIS
MAYVILLE WI  53050-0113             <T>   ACCOUNT:              504080

                                          09/01/11 THRU 09/30/11
                                          DOCUMENT COUNT:          0
                                                             PAGE  1
```

```
                    * * *  F I N A L   S T A T E M E N T  * * *
                             GO GREEN WITH eSTATEMENTS!
           Our FREE eStatements are a great way to help the environment and keep
           your information secure.  There's no fee to enroll and you will decrease
                  the chances of being a victim of identity theft.  Sign up today!
```

```
==================================================================================
                        COMM CKNG-ANALYSIS ACCOUNT 504080
==================================================================================

                                    LAST STATEMENT 08/31/11        168.00-
MINIMUM BALANCE              .00          1 CREDITS              17,607.00
AVERAGE BALANCE              .00          2 DEBITS               17,439.00
                                    THIS STATEMENT 09/30/11            .00

- - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                              DATE         AMOUNT
69650WEBER METAL SUPPL INV MAYVILLE                      09/01     17,607.00

- - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                              DATE         AMOUNT
HANOVER/CITIZENS PREM COLL 021108290000827               09/01        293.10
TRANSFER TO SMALL BUSINESS CKNG ACCOUNT 6107503          09/01     17,145.90

       - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

     **********************************************************************
     *                         |   TOTAL FOR       |    TOTAL             *
     *                         |   THIS PERIOD     |    YEAR TO DATE      *
     *-------------------------|-------------------|----------------------*
     * TOTAL OVERDRAFT FEES:   |         .00       |         .00          *
     *-------------------------|-------------------|----------------------*
     * TOTAL RETURNED ITEM FEES:|        .00       |      168.00          *
     **********************************************************************


              - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
09/01             .00

                         - END OF STATEMENT -
```

MEMBER FDIC

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

IV. BALANCE SHEET

### ASSETS

**CURRENT ASSETS:**

| | | |
|---|---:|---:|
| Petty Cash | $ 11.56 | |
| WIMS Escrow Checking | 42,878.36 | |
| Associated Bank - Checking | 31,889.58 | |
| Associated Bank - Utility Acct | 19,003.59 | |
| Accounts Receivable | 582,031.78 | |
| Materials Inventory | 11,099.49 | |
| Marine Inventory-Pre-Invoices | 53,179.90 | |
| Work in Process-Labor | 82,798.53 | |
| Work in Process-Burden | 198,716.46 | |
| Inventory Obsolescence Reserve | (100,000.00) | |
| Prepaid Insurance | 20,533.60 | |
| Deposits & Miscellaneous | (139,096.00) | |
| **TOTAL CURRENT ASSETS** | | 803,046.85 |

**FIXED ASSETS:**

| | | |
|---|---:|---:|
| Land | 41,505.00 | |
| Machinery & Equipment | 6,809,327.03 | |
| Accum Depr-Mach & Equip. | (3,815,778.47) | |
| Office Equipment | 333,940.88 | |
| Accum Depr-Computer Equipment | (322,090.52) | |
| Motor Vehicles | 34,547.35 | |
| Accum Depr-Motor Vehicles | (34,547.35) | |
| Buildings | 227,717.00 | |
| Accum Depr-Buildings | (96,779.81) | |
| Building Additions | 2,159,132.60 | |
| Accum Depr-Building Additions | (471,331.33) | |
| **NET FIXED ASSETS** | | 4,865,642.38 |

**OTHER ASSETS:**

| | | |
|---|---:|---:|
| Loan Processing - Rural Dev. | 21,525.00 | |
| Loan Processing Expense | 41,550.00 | |
| Accum Amort-Loan Proc. Expense | (25,503.06) | |
| Accum Amort-Rural Dev. | (4,123.17) | |
| **TOTAL OTHER ASSETS** | | 33,448.77 |
| **TOTAL ASSETS** | | **$ 5,702,138.00** |

### LIABILITIES AND STOCKHOLDER'S EQUITY

**CURRENT LIABILITIES:**

| | | |
|---|---:|---:|
| Accounts Payable | $ 140,971.57 | |
| Accounts Payable - PrePetition | 778,062.28 | |
| Aflac Insurance W/H | (19.03) | |
| Employee Vision Insurance | 55.99 | |
| Accrued Payroll | 21,118.67 | |
| Accrued Vac/Hol/Los | 34,161.84 | |
| Accrued Property Taxes | 16,580.61 | |
| Current Term Loan#04-Hometown | 245,000.00 | |
| **TOTAL CURRENT LIABILITIES** | | 1,235,931.93 |

**LONG-TERM LIABILITIES:**

| | | |
|---|---:|---:|
| Note Payable-Hometown Loan#04 | 899,538.26 | |
| Note Pay Term Rural Develop. | 1,230,744.87 | |
| **TOTAL LONG-TERM LIABILITIES** | | 2,130,283.13 |
| **TOTAL LIABILITIES** | | 3,366,215.06 |

**STOCKHOLDER'S EQUITY:**

| | | |
|---|---:|---:|
| Common Stock | 1,567,581.00 | |
| Treasury Stock | (423,544.77) | |
| Additional Paid-in-Capital | 211,455.04 | |
| Retained Earnings | 1,343,675.49 | |
| Net Income(Loss) | (363,243.82) | |
| **TOTAL STOCKHOLDER'S EQUITY** | | 2,335,922.94 |
| **TOTAL LIABILITIES & EQUITY** | | **$ 5,702,138.00** |

6

## V. SUPPORTING SCHEDULES

1. **OTHER MONIES ON HAND** (Specify type, location, and amount; i.e. petty cash, certificates of deposit, etc.):

   Petty Cash    11.56         Mayville
   Savings       42,878.36     HomeTown Bank   7466
   ESOP          2,111.08      HomeTown Bank   5420
   Utility A/c   19,003.59     Associated      2747

2. **AGING OF ACCOUNTS PAYABLE & ACCOUNTS RECEIVABLE** (exclude pre-petition accounts payable):

   |         |              | Accts Payable | Accts Receivable |
   |---------|--------------|---------------|------------------|
   | Current | Under 30 Days | $140,971.57  | $342,869.00      |
   | Overdue | 31-60 Days   |               | 149,062.00       |
   | Overdue | 61-90 Days   |               | 90,100.78        |
   | Overdue | 91-120 Days  |               |                  |
   | Overdue | Over 121 Days|               |                  |
   |         | Total        | $140,971.57   | $582,031.78      |

   Itemize all post-petition payables over 30 days old on a separate schedule.

3. **ACCRUED PROFESSIONAL FEES (POST PETITION)**

   | Name/Profession | Amount Due |
   |-----------------|------------|
   |                 |            |
   |                 |            |
   |                 |            |

4. **STATUS OF PAYMENTS TO SECURED CREDITORS & LESSORS**

   | Name of Creditor/Lessor | Frequency Of Regular Payments | Amount of Regular Payment | Date of Last Payment | Amount of Payments Delinquent* |
   |---|---|---|---|---|
   | HomeTown Bank | Monthly | 34,062.34 | 12/1/10 | 10 |

   *Include Only Post Petition Payments.
   Explanation for Non Payment:

7

## VI. TAX LIABILITY QUESTIONNAIRE

Debtors in Possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as-due basis. Applicable tax liabilities should also be accrued between tax due dates for each pay period. Please indicate the amounts of <u>post petition</u> taxes and withholdings that have been paid <u>and accrued</u> through this reporting period.

| | Date Paid | Amount Paid | Amount Accrued | Amount Overdue |
|---|---|---|---|---|
| FICA Withholdings | | See attached | | |
| Employer's FICA | | " | | |
| Federal Employee Withholding | | " | | |
| Federal Unemployment Taxes | — | | | |
| Federal Income Taxes | — | | | |
| State Income Taxes | — | | | |
| State Unemployment Taxes | — | | | |
| State Employee Withholding | | " | | |
| State Sales & Use Taxes | — | | | |
| Real Estate Taxes | — | | | |
| Personal Property Taxes | — | | | |
| Other Taxes (Specify) | — | | | |

If any of these applicable tax liabilities have not been paid currently, please explain:

8

Case 11-33128-jes    Doc 122    Filed 10/12/11    Page 14 of 16

## VI. TAX LIABILITY QUESTIONNAIRE

|  | DATE PAID | AMOUNT PAID |
|---|---|---|
| FICA WITHHOLDINGS | 09/15/11 | 1301.97 |
|  | 09/22/11 | 1393.71 |
|  | 09/29/11 | 1186.07 |
| EMPLOYER'S FICA | 09/15/11 | 1788.11 |
|  | 09/22/11 | 1913.07 |
|  | 09/29/11 | 1659.14 |
| FEDERAL EMPLOYEE WITHHOLDING | 09/15/11 | 2223.38 |
|  | 09/22/11 | 3266.63 |
|  | 09/29/11 | 2498.3 |
| STATE EMPLOYEE WITHHOLDING | 09/15/11 | 1172.98 |
|  | 09/22/11 | 1512.05 |
|  | 09/29/11 | 1274.72 |

## VII. DECLARATION

I, _Glen Helmbrecht_, declare under penalty of perjury that the information contained in this Financial Report is true and complete to the best of my knowledge.

_Glen V. HelmbrechT_
Print Name & Capacity of Person signing this Declaration

Date: _10/7/11_

_Glen V. Helmbrecht_
Signature

Name, Title & Telephone No. of Preparer:
_Ann Krapfl_
_Office Manager_
_920-387-3500 (10)_

9